**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Elucida Oncology, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1358366** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1 Deer Park Drive, Suite E** <br> **Monmouth Junction, NJ 08852** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.elucidaoncology.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Elucida Oncology, Inc.**                                    Case number (*if known*) _____
         Name

**7.**   **Describe debtor's business**   A. *Check one:*

         ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

         ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

         ☐ Railroad (as defined in 11 U.S.C. § 101(44))

         ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

         ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

         ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

         ■ None of the above

         B. *Check all that apply*

         ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

         ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

         ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

         C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
         http://www.uscourts.gov/four-digit-national-association-naics-codes.
         ___5417___

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

         ■ Chapter 7

         ☐ Chapter 9

         A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

         ☐ Chapter 11. *Check **all** that apply:*

           ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

           ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

           ☐ A plan is being filed with this petition.

           ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

           ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

           ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

         ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.
         ☐ Yes.

         If more than 2 cases, attach a separate list.

         District _____   When _____   Case number _____
         District _____   When _____   Case number _____

Debtor  **Elucida Oncology, Inc.**                                      Case number (*if known*)
_____
Name

| | |
|---|---|

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____  Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other  **Various chemicals, solvents and other hazardous materials - See attached.**

Where is the property?  **1 Deer Park Drive, Suite E
Monmouth Junction, NJ, 08852-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
■ Yes.  Insurance agency   **Conner Strong & Buckelew**
Contact name   **Jessica Roche jroche@connerstrong.com**
Phone   **877-861-3220**

---

| | |
|---|---|
| ■ | **Statistical and administrative information** |

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **Elucida Oncology, Inc.**_____   Case number (*if known*)_____
         Name

**16.  Estimated liabilities**
  ☐ $0 - $50,000
  ☐ $50,001 - $100,000
  ☐ $100,001 - $500,000
  ☐ $500,001 - $1 million

  ■ $1,000,001 - $10 million
  ☐ $10,000,001 - $50  million
  ☐ $50,000,001 - $100 million
  ☐ $100,000,001 - $500 million

  ☐ $500,000,001 - $1 billion
  ☐ $1,000,000,001 - $10 billion
  ☐ $10,000,000,001 - $50 billion
  ☐ More than $50 billion

| Debtor | **Elucida Oncology, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 7, 2024**
MM / DD / YYYY

**X /s/ Geno Germano**
Signature of authorized representative of debtor

**Geno Germano**
Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X /s/ John S. Mairo**
Signature of attorney for debtor

Date    **June 7, 2024**
MM / DD / YYYY

**John S. Mairo**
Printed name

**Porzio, Bromberg & Newman, P.C.**
Firm name

**100 Southgate Parkway
Morristown, NJ 07962**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 538-4006**    Email address    **jsmairo@pbnlaw.com**

**021941994 NJ**
Bar number and State

---

**ELUCIDA ONCOLOGY, INC.**

**SECRETARY'S CERTIFICATE**

**June 6, 2024**

I,        Tim Boris                    , the Secretary of Elucida Oncology, Inc. (the "Company"), DO HEREBY CERTIFY on behalf of the Company, in my capacity as an officer of the Company and not individually, that:

Attached hereto as Exhibit A is a true, correct and complete copy of the resolutions of the Board of Directors of the Company adopted a at a meeting held on June 6, 2024.  Such resolutions have not been modified, amended, rescinded or revoked and are in full force and effect on the date hereof (and have been since their adoption) and are the only corporate proceedings of the Company now in force relating to or affecting the matters referred to therein.

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate as of the date first set forth above.

**ELUCIDA ONCOLOGY, INC.**

By: _____

Name:   Tim Boris
Title:     Secretary

## EXHIBIT A

**WHEREAS**, the board of directors (the "Directors") of Elucida Oncology, Inc., a Delaware corporation (the "Company"), having considered the financial and operational conditions of the Company, and the strategic alternatives available to the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's legal advisors with respect to such strategic alternatives, have determined that it is in the best interests of the Company and its creditors, shareholders, employees, stakeholders and other interested parties that the Company file a voluntary petition seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Chapter 7").

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Directors hereby waive all applicable notice requirements in connection with the board meeting convened on June 6, 2024, and the adoption of these resolutions. These resolutions, including this waiver, shall be filed or deemed filed with the records of the Company; and it is further

**RESOLVED**, that commencing a Chapter 7 case is in the best interests of the Company, its creditors, shareholders, employees, stakeholders and other interested parties and is hereby authorized and approved; and it is further

**RESOLVED**, that the Company hereby is authorized and empowered to file a petition seeking relief under the provisions of Chapter 7 in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") on June 7, 2024 (or such later date as determined by the Authorized Person (as defined below)) and to file all papers and documents necessary or appropriate to effectuate and carry out the Chapter 7 filing and implement the Chapter 7 case once filed; and it is further

**RESOLVED**, that Geno Germano, Chief Executive Officer of the Company (referred to herein as the "Authorized Person"), hereby is authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the preparation, filing and implementation of the Company's Chapter 7 petition, including, without limitation, all petitions, schedules, statements of financial affairs, lists, and other papers or documents in connection with such Chapter 7 petition; (ii) take and perform any and all actions deemed necessary and appropriate to obtain such relief in connection with the Company's Chapter 7 case, including the retention and payment from Company funds of any independent contractors, professionals and/or advisors necessary or appropriate; (iii) appear as necessary at all bankruptcy hearings or proceedings on behalf of the Company; (iv) enter into independent contractor agreements with one or more employees of the Company on terms determined reasonable by the Authorized Person to provide critical services to the Company following the commencement of the Chapter 7 case; and (v) pay, using Company funds, all such fees, costs

and expenses necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that the law firms of Hogan Lovells US LLP and Porzio, Bromberg & Newman P.C.  hereby are employed as attorneys for the Company in connection with its Chapter 7 case and authorized to perform all legal services necessary or appropriate to prepare for, file and effectuate the Company's Chapter 7 case; and it is further

**RESOLVED**, that BMC Group, Inc. hereby is employed to assist the Company and its counsel to prepare the documentation necessary to file the Company's Chapter 7 case; and it is further

**RESOLVED**, that all officers and other employees of the Company hereby are terminated prior to the Chapter 7 filing on June 7, 2024 (or such later filing date as determined by the Authorized Person), without the need for any other action on the part of the Board or the Company, provided that the Authorized Person may effectuate any or all such terminations at any other time prior to the Chapter 7 filing; and it is further

**RESOLVED**, that notwithstanding anything to the contrary, the Authorized Person is authorized to take all such other actions as permitted by law or as may be directed or approved by the Bankruptcy Court in connection with any of the matters set forth or described in these resolutions; and it is further

**RESOLVED**, that the acts, actions, and transactions taken by the officers of the Company, the Board or the Authorized Person prior to the date hereof in connection with any of the matters set forth in or described in these resolutions are hereby ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that the execution, delivery, filing and/or performance by or at the direction of the Authorized Person of any agreement, instrument, certificate or other document and the taking of any other action in connection with any of the matters set forth or described in these resolutions shall evidence the approval thereof by the Authorized Person and the authority therefor and the approval, adoption, authorization, ratification and confirmation by the Authorized Person of such agreement, instrument, certificate, document or action.

**Exhibit 12-1**

**Hazardous Chemicals at Debtor facility**

**1 Deer Park Drive, Suite E, Monmouth Junction, NJ 08852**

Tetramethyl orthosilicate

(3-Mercaptopropyl)trimethoxysilane

3-[METHOXY(POLYETHYLENEOXY)6-9]PROPYLTRIMETHOXYSILANE

Acetonitrile

Trifluoroacetic acid

Exatecan Mesylate

Exatecan derivative

2-Propanol

Methanol

Formic acid

Hydrochloric acid

Dimethyl Sulfoxide

Ethyl acetate

Ethanol

1,1,1,3,3,3-Hexafluoro-2-propanol

Tetrahydrofuran

Boric acid

Sulfamic acid

2-Iodophenylacetic acid

Sodium Hydroxide

Ammonia

Ethanolamine

Triethylamine

2-Mercaptoethanol

Cycloheximide

Formaldehyde

Trichloroacetic acid

Vinblastine sulfate

Ethylenediaminetetraacetic acid tetrasodium salt dihydrate

Doxorubicin

Irinotecan

Mylatorg

(3-Aminopropyl)trimethoxysilane

(3-Aminopropyl)triethoxysilane

3-(Azidopropyl)triethoxysilane

2-[METHOXY(POLYETHYLENEOXY)9-12PROPYL]TRIMETHOXYSILANE

(3-CYCLOPENTADIENYLPROPYL)TRIETHOXYSILANE

Elucida Oncology C'dot-drug Conjugate

**Fill in this information to identify the case:**

Debtor name      **Elucida Oncology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  7, 2024**          *X* **/s/ Geno Germano**

                                        Signature of individual signing on behalf of debtor

                                        **Geno Germano**

                                        Printed name

                                        **CEO**

                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Elucida Oncology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____ **6,685,696.94**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____ **6,685,696.94**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____ **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$ _____ **1,917,752.83**

4.    **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b    $ **1,917,752.83**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Elucida Oncology, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.   **Cash on hand** | | | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase @ 5/31/2024** | **Checking** | 3027 | **$0.00** |
| 3.2. | **JP Morgan Asset Management @ 5/31/2024** | **Money Market** | 3489 | **$1,450,941.30** |
| 3.3. | **Silicon Valley Bank @ 5/31/2024** | **Cash Sweep** | 3828 | **$639,149.06** |
| 3.4. | **Silicon Valley Bank @ 5/31/2024** | **Checking** | 3800 | **$250,000.00** |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Interest receivable SVB Sweep 7838 @5/31/2024** | **$5,312.96** |

Debtor    **Elucida Oncology, Inc.**                                    Case number *(If known)* _____
_____
Name

5.    **Total of Part 1.**                                                                        | $2,345,403.32 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Lease security deposit re 1 Deer ParkDrive, Suite E,  Monmouth Junction, NJ**            **$9,176.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.   **Clinical - Precision Oncology at 3/31/2024**                                             **$15,039.26**

8.2.   **Contract Research at 3/31/2024**
**Corden Pharma $1,274,089**
**STA Pharmaceutical $11,816.88**
**Pharmaceutics International Inc. $86,654.91**                                                    **$1,351,796.49**

8.3.   **Insurance at 3/31/2024 Conner Strong & Buckelew**                                        **$19,792.74**

8.4.   **See Schedule B8 - Other**                                                               **$1,371,586.49**

9.    **Total of Part 2.**                                                                        | $2,767,390.98 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Debtor | **Elucida Oncology, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Miscellaneous** | **$9,038.89** | | **$9,038.39** |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$9,038.39** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | **Elucida Oncology, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **See Schedule B50** | $1,397,190.66 | | $1,397,190.63 |

---

**51.** **Total of Part 8.** 

$1,397,190.63

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lab 11,397 SF at 1 Deer Park Dr. Suite E, Monmouth Junction, NJ 08852** | **Lessee** | **$0.00** | | **$0.00** |

**56.** **Total of Part 9.**

$0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**60.** **Patents, copyrights, trademarks, and trade secrets**

Debtor   **Elucida Oncology, Inc.**                                          Case number *(If known)* _____
        Name

**See Schedule B60. Note that the Debtor has an
extensive portfolio of intellectual property
rights consisting of patents and trademarks.
The portfolio requires continuous attention to
avoid having the Debtor's rights terminated
or prejudiced.**                                             **Unknown**                                **Unknown**

| 61. | Internet domain names and websites | | | |
|---|---|---|---|---|
| | www.elucidaoncology.com | $0.00 | N/A | $0.00 |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                       **$0.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **FICA R&D tax credit**                           Tax year **2020**               **$166,673.62**

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to**

Debtor      **Elucida Oncology, Inc.**_____      Case number *(If known)* _____
           Name

        **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.    **Total of Part 11.**                                           **$166,673.62**
         Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Elucida Oncology, Inc.**                    Case number *(if known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,345,403.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,767,390.98 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,038.39 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,397,190.63 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $166,673.62 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,685,696.94 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                                         **$6,685,696.94**

**Fill in this information to identify the case:**

Debtor name    **Elucida Oncology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Elucida Oncology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adams, Gregory P**<br>**11 Academy Road**<br>**Hatboro, PA 19040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Babyak, Kristine**<br>**217 West Park Avenue**<br>**Hamilton, NJ 08610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Elucida Oncology, Inc.** | | Case number _(if known)_ | |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Bayever, Eliel**
**225 W 60th Street**
**#PH1D**
**New York, NY 10023**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Benamar, Ramzi**
**1612 Kings Mill Rd**
**Gwynedd Valley, PA 19437**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Diepri, George**
**888 Juniper St NE, Apt 2801**
**Atlanta, GA 30309-4842**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Emerson, Nyssa**
**412 Lambertville Hopewell Rd**
**Lambertville, NJ 08530**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Elucida Oncology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Erstling, Jacob**
**103 Quail Ridge Dr**
**Plainsboro, NJ 08536-2201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gardinier II, Thomas C.**
**307 Bencer Court**
**Raritan, NJ 08869**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Germano, Geno J**
**6174 Argos Drive**
**Blue Bell, PA 19422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gumusel, Ali**
**252 JOHN STREET #2**
**PRINCETON, NJ 08542**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Elucida Oncology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Li, Qiong
136 Jackson Ave
Princeton, NJ 08540**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nadel, Steven
1388 Heller Dr
Yardley, PA 19067-2714**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NJ Division Of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **Elucida Oncology, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Patel, Hiral
30 Fiume St
Iselin, NJ 08830-1405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Patel, Vaibhav D
6603 Spruce Mill Dr
Morrisville, PA 19067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Peevey, Rick
150 Waterview Dr
Glenmoore, PA 19343-2031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Reddick, Catherine
472 Berkeley Ave
Orange, NJ 07050-2107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Elucida Oncology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**Rudick, Paul L**
**8860 Towanda Street**
**Philadelphia, PA 19118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address

**Scocca, Marion M**
**31 Whittier Street**
**Melrose, MA 02176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address

**Tax Assessor**
**Borough of Monmouth Beach**
**18 Willow Ave**
**Monmouth Beach, NJ 07750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address

**Turker, Melik Z.**
**244 Nassau Street Apt. 4**
**Princeton, NJ 08542**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Elucida Oncology, Inc.**                                          Case number (if known) _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Venkatesan, Aranapakam M**
**97-07 63rd Road**
**Apartment 9K**
**Rego Park, NY 11374**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**a-connect (US) Inc**
**116 Village Boulevard**
**Suite 208**
**Princeton,, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agilent Technologies, Inc**
**2850 CENTERVILLE RD**
**WILMINGTON, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Service Contract**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Airgas USA, LLC**
**PO Box  734445**
**Chicago, IL 60673-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Acct 3662434**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annex Cleaning LLC**
**760 Carlock Avenue**
**Perth Amboy, NJ 08861**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Aurigene Pharmaceutical Services Limited**
**1-75/1, Sy. No. 195 & 198/2/A**
**Bollaram Road, Miyapur**
**Hyderabad, India 500 049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Invoice 9012620460**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elucida Oncology, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address**
**Automated Building Solutions**
**6200 Main Street**
**South Amboy, NJ 08879**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
**Biotechnology Innovation Organization**
**1201 New York Ave NW #1300**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
**Caerus US 1 Inc**
**One Pennsylvania Plaza, Suite 2505**
**New York, NY 10119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subscription**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Carta, Inc**
**195 Page Mill Road, Suite 101**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subscription**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Center For Technology Licensing**
**395 Pine Tree Rd., Suite310**
**Ithaca, NY 14850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$28,397.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoices 30269,30269a, 30227, 30282**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Children's Hospital Los Angeles**
**4650 Sunset Boulevard**
**Mailstop #97**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Choate Hall & Stewart LLP (MSK)**
**Two International Place**
**Boston, MA 02110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$711.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 1819425**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Elucida Oncology, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cintas Corporation No. 062**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account 22987**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clean Harbors Environmental Services**
**P.O. Box 3442**
**Boston, MA 02241-3442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CMIC, Inc.**
**2860 Forbs Avenue**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cogency Global**
**PO Box 3168**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **02VITAL02-009IX**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Conner Strong & Buckelew**
**401 Route 73 North, Suite 300**
**PO Box 989**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ELUCIONCOL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$323,000.00**

**Corden Pharma Boulder Inc.**
**4876 Sterling Drive**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cryostar Industries, Inc.**
**109 URBAN AVE**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elucida Oncology, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
---|---|---|---

**Deloitte & Touche LLP**
**Deloitte & Touche LLP**
**P.O. Box 844708**
**Dallas, TX 75284-4708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address | $0.00

**DocuSign Inc.**
**221 Main Street #1550**
**San Francisco, CA 94105**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Software__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address | $0.00

**DR/Decision Resources, LLC**
**100 District Avenue, Suite 213**
**Burlington, MA 01803**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Subscription__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address | $0.00

**Element Materials Technology Midland, In**
**1940 North Stark Road**
**Midland, MI 48642**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address | $0.00

**Equisolve**
**2455 E. Sunrise Blvd**
**Ste 1201**
**Fort Lauderdale, FL 33304**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account 6004__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address | $0.00

**Gelest Inc**
**Gelest, Inc.**
**P.O. Box 789586**
**Philadelphia, PA 19178-9586**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account 8116__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address | $0.00

**Halloran Consulting Group, Inc.**
**22 Thomson Place**
**Boston, MA 02210**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elucida Oncology, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Hanson Wade Limited**
**52 Grosvenor Gardens**
**London SW1W 0AU**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Subscription

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Informa Business Intelligence, Inc.**
**101 Paramount Drive**
**Sarasota, FL 34232**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Pink Sheets

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Intrado Digital Media, LLC**
**PO Box 74007143**
**Chicago, IL 60674-7143**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Media Distribution

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.30** | **Nonpriority creditor's name and mailing address**
**John A. Steer Co**
**28 S 2nd Street**
**Philadelphia, PA 19106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account ELUONC01

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Kelly Services, Inc.**
**P.O. Box 820405**
**Philadelphia, PA 19182-0405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Lainie Martin**
**1637 Christian Street**
**Philadelphia, PA 19146**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.33** | **Nonpriority creditor's name and mailing address**
**LightServe**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Elucida Oncology, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Liquidyne Process Technologies**
**11919 W I-70 Frontage Rd N**
**Unit 106**
**Wheatridge, CO 80033-7108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Lumiprobe Corporation**
**201 International Circle, Ste 135**
**Hunt Valley, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.00

**Myonex, LLC**
**100 Progress Drive**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Invoice 6766__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00

**NGT BioPharma Consultants, LLC**
**4 Jeremy Drive**
**East Lyme, CT 06333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Invoice 456__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**OriginLab Corporation**
**1 Roundhouse Plaza**
**Northampton, MA 01060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Software__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Pace Analytical**
**PO Box 681088**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Pall Corporation**
**25 Harbor Park Drive, Port Washington, N**
**25 Harbor Park Drive, Port Washington, N**
**Port Washington, MA 41905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Elucida Oncology, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.41** Nonpriority creditor's name and mailing address

**Pharma Safety Solutions, LLC**
**16333 Valhalla Drive**
**Noblesville, IN 46060**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

**Pharmaceutics International Inc.**
**10819 Gilroy Road**
**Cockeysville, MD 21031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Invoice 2103670-IN

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

**Precision Oncology**
**200 Route 31 North**
**Suite 102**
**Flemington, NJ 08822**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,351,683.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**Process Plus**
**135 Merchant St**
**Suite 300**
**Cincinnati, OH 45246**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

**PSE&G - Gas-2107**
**PO Box 14444**
**New Brunswick, NJ 08906-4444**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account 7470852107

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**Pumas-AI Inc**
**3500 South Dupont Highway**
**Suite GT-101**
**Dover, DE 19901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

**Repligen Corporation**
**41 Seyon St Suite 100**
**Waltham, MA 02453**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elucida Oncology, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.48**

Nonpriority creditor's name and mailing address
**Safehaven-Consulting Services, LLC**
**337 Long Ridge Lane**
**Exton, PA 19341**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.49**

Nonpriority creditor's name and mailing address
**Safety Partners, Inc.**
**19-A Crosby Drive**
**Suite 300**
**Bedford, MA 01730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.50**

Nonpriority creditor's name and mailing address
**SAI LIFE SCIENCES LIMITED**
**OFFICE # L4-01 & 02**
**SLN TERMINUS, GACHIBOWLI**
**HYDERABAD, India 500 032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.51**

Nonpriority creditor's name and mailing address
**SciSafe, Inc.**
**3303 Monte Villa Parkway Suite 310**
**Bothell, WA 98021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.52**

Nonpriority creditor's name and mailing address
**SEPS Inc.**
**109 Urban Avenue**
**Westbury, NY 11590**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.53**

Nonpriority creditor's name and mailing address
**Shilpa Pharma Life Science Limited**
**#12-6-214/A-1 Shilpa House**
**Hyderabad Road**
**Raichur, India 00058-4135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Invoice IN2324293571__

Is the claim subject to offset? ■ No ☐ Yes

**$187,500.00**

---

**3.54**

Nonpriority creditor's name and mailing address
**Sigma-Aldrich Inc.**
**PO Box 734283**
**Atlanta, GA 60673-4283**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account 50211568__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Elucida Oncology, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Silicon Valley Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**STA Pharmaceutical Hong Kong Limited**
**Unit C, 20/F., OfficePlus @ Mong Kok**
**No. 998 Canton Road**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.28

**Statewide Conditioning Inc.**
**6200 Main Street**
**South Amboy, NJ 08879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Invoice 43994_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**TeamLogic IT**
**1572 US Route 130**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**The GOG Foundation, Inc.**
**3168 Braverton Street**
**Suite 280**
**Edgewater, MD 21037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Township of South Brunswick**
**540 Ridge Road**
**Fire Safety Bureau**
**South Brunswick Township, NJ 08852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Registration No 9397_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Trinet HR III, Inc.**
**MS-5, PO Box 11107**
**Tacoma, WA 98411-0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Payroll_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elucida Oncology, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address

**Uline**
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account 20827315**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**Uppsala Monitoring Centre**
SE-751 40
Uppsala

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WHO Drug Global**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.64** | Nonpriority creditor's name and mailing address

**Ventana Medical Systems, Inc**
1910 Innovation Park Drive
Tucson, AZ 85755

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoices 1800015643 & 1800015644**

Is the claim subject to offset? ■ No ☐ Yes

**$11,980.00**

---

**3.65** | Nonpriority creditor's name and mailing address

**Voicenext Inc**
1301 Route 36 Bldg 1 STE 102
Hazlet, NJ 07730

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice VI52983**

Is the claim subject to offset? ■ No ☐ Yes

**$93.53**

---

**3.66** | Nonpriority creditor's name and mailing address

**VWR International, Inc.**
P.O. Box 640169
P.O. Box 640169
Pittsburgh, PA 15264-0169

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 8816169751**

Is the claim subject to offset? ■ No ☐ Yes

**$377.08**

---

**3.67** | Nonpriority creditor's name and mailing address

**Waters Technologies Corporation**
34 Maple Street
Milford, MA 01757

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.68** | Nonpriority creditor's name and mailing address

**Western Pest Services**
947 State Road
Suite 204
Princeton, NJ 08540

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account 456344**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Elucida Oncology, Inc.**                                    Case number (if known) _____
_____
Name

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**World Courier Inc**
**PO BOX 842325**
**Boston, MA 02284-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account 800047698

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,150.00** |
|---|---|---|---|

**Wuxi Apptec(Hongkong) Limited**
**Unit C, 20/F., OfficePlus @ Mong Kok**
**No. 998 Canton Road**
**Kowloon, Hong Kong 00998-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Invoice S29240528003C

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,917,752.83** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,917,752.83** |

**Fill in this information to identify the case:**

Debtor name **Elucida Oncology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Employment Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Adams, Gregory P**<br>**11 Academy Road**<br>**Hatboro, PA 19040** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Service**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agilent Technologies, Inc**<br>**2850 Centerville Rd**<br>**Wilmington, DE 19808** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Scientific Advisory Board Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Anthony W. Tolcher**<br>**PO Box 417**<br>**San Antonio, TX 78292** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Employment & Independent Contractor Agreements**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bayever, Eliel**<br>**225 W 60th Street**<br>**#PH1D**<br>**New York, NY 10023** |

Debtor 1  **Elucida Oncology, Inc.**

| First Name | Middle Name | Last Name |

Case number (*if known*)

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Agreement**

State the term remaining

Benamar, Ramzi
1612 Kings Mill Rd
Gwynedd Valley, PA 19437

List the contract number of any government contract

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Membership**

State the term remaining

Biotechnology Innovation Organization
1201 New York Ave NW #1300
Washington, DC 20005

List the contract number of any government contract

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Subscription**

State the term remaining

Caerus US 1 Inc
One Pennsylvania Plaza, Suite 2505
New York, NY 10119

List the contract number of any government contract

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Subscription**

State the term remaining

Carta, Inc
195 Page Mill Road, Suite 101
Palo Alto, CA 94306

List the contract number of any government contract

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Licensing Agreement**

State the term remaining

Center For Technology Licensing
Cornell Univesrity
395 Pine Tree Rd., Suite310
Ithaca, NY 14850

List the contract number of any government contract

---

Debtor 1 **Elucida Oncology, Inc.**
_____  _____  _____   Case number (*if known*) _____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance** |
| State the term remaining | |
| List the contract number of any government contract | Cryostar Industries, Inc. 109 URBAN AVE Westbury, NY 11590 |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Board Services & Indemnification** |
| State the term remaining | |
| List the contract number of any government contract | David Scott Zaccardelli 100 Ogden Street Sarasota, FL 34242 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Software License** |
| State the term remaining | |
| List the contract number of any government contract | DocuSign Inc. 221 Main Street #1550 San Francisco, CA 94105 |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Subscription** |
| State the term remaining | |
| List the contract number of any government contract | DR/Decision Resources, LLC 100 District Avenue, Suite 213 Burlington, MA 01803 |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| State the term remaining | |
| List the contract number of any government contract | Emerson, Nyssa 412 Lambertville Hopewell Rd Lambertville, NJ 08530 |

Debtor 1    **Elucida Oncology, Inc.**

First Name          Middle Name          Last Name                          Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Employment & Independent Contractor Agreements**

State the term remaining

List the contract number of any government contract

**Erstling, Jacob**
**103 Quail Ridge Dr**
**Plainsboro, NJ 08536-2201**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Agreement**

State the term remaining

List the contract number of any government contract

**Gardinier II, Thomas C.**
**307 Bencer Court**
**Raritan, NJ 08869**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Board Services & Indemnification**

State the term remaining

List the contract number of any government contract

**Gary Lee Sender**
**379 Selby Place**
**Blue Bell, PA 19422**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Agreement**

State the term remaining

List the contract number of any government contract

**Germano, Geno J**
**6174 Argos Drive**
**Blue Bell, PA 19422**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Prism Subscription**

State the term remaining

List the contract number of any government contract

**GraphPad**
**225 Franklin Street, Fl. 26**
**Boston, MA 02110**

---

Debtor 1    **Elucida Oncology, Inc.**

First Name          Middle Name          Last Name                          Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest  **Employment Agreement** | |
| State the term remaining  List the contract number of any government contract | **Gumusel, Ali** **252 JOHN STREET #2** **PRINCETON, NJ 08542** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest  **Subscription** | |
| State the term remaining  List the contract number of any government contract | **Hanson Wade Limited** **52 Grosvenor Gardens** **London SW1W 0AU** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest  **Pink Sheets** | |
| State the term remaining  List the contract number of any government contract | **Informa Business Intelligence, Inc.** **101 Paramount Drive** **Sarasota, FL 34232** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest  **Media Distribution** | |
| State the term remaining  List the contract number of any government contract | **Intrado Digital Media, LLC** **PO Box 74007143** **Chicago, IL 60674-7143** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest  **Scientific Advisory Board Agreement** | |
| State the term remaining  List the contract number of any government contract | **John Lambert Ph.D.** **19 Chalk Street** **Cambridge, MA 02139** |

Debtor 1    **Elucida Oncology, Inc.**

First Name          Middle Name          Last Name          Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Licensing SK2014-1966** | |
| State the term remaining | |
| List the contract number of any government contract | **MSKCC** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Board Services & Indemnification** | |
| State the term remaining | |
| List the contract number of any government contract | **Natalie McDonald**<br>**32 Dominick Street**<br>**New York, NY 10013** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Software License** | |
| State the term remaining | |
| List the contract number of any government contract | **OriginLab Corporation**<br>**1 Roundhouse Plaza**<br>**Northampton, MA 01060** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Patel, Vaibhav D**<br>**6603 Spruce Mill Dr**<br>**Morrisville, PA 19067** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Peevey, Rick**<br>**150 Waterview Dr**<br>**Glenmoore, PA 19343-2031** |

Debtor 1    **Elucida Oncology, Inc.**

First Name          Middle Name          Last Name          Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest **Consulting Services** | |
| State the term remaining | **Precision Oncology** |
| List the contract number of any government contract | **200 Route 31 North, Suite 102** **Flemington, NJ 08822** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest **Real property lease at 1 Deer Park Drive, Suite E, Monmouth Junction, NJ** | |
| State the term remaining | **Princeton Corporate Plaza, LLC** |
| List the contract number of any government contract | **7 Deer Park Drive, Suite A** **Monmouth Junction, NJ 08852** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest **Employment & Independent Contractor Agreements** | |
| State the term remaining | **Reddick,Catherine** |
| List the contract number of any government contract | **472 Berkeley Ave** **Orange, NJ 07050-2107** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest **Maintenance** | |
| State the term remaining | **Repligen Corporation** |
| List the contract number of any government contract | **41 Seyon St Suite 100** **Waltham, MA 02453** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest **Board Services & Indemnification** | |
| State the term remaining | **Robert Ruffolo** |
| List the contract number of any government contract | **725 Pughtown Rd** **Spring City, PA 19475** |

Debtor 1   **Elucida Oncology, Inc.**                                          Case number *(if known)* _____

   First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.35. State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Rudick, Paul L**<br>**8860 Towanda Street**<br>**Philadelphia, PA 19118** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Scocca,Marion M**<br>**31 Whittier Street**<br>**Melrose, MA 02176** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest | **Contract Research** |
| State the term remaining | **STA Pharmaceutical Hong Kong Limited**<br>**Unit C, 20/F., OfficePlus @ Mong Kok** |
| List the contract number of any government contract | **No. 998 Canton Road**<br>**Kowloon, Hong Kong** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest | **Software Licenses** |
| State the term remaining | **TeamViewer**<br>**Bahnhofsplatz 273033** |
| List the contract number of any government contract | **Göppingen**<br>**Germany** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest | **Board Services & Indemnification** |
| State the term remaining | |
| List the contract number of any government contract | **Tim Boris**<br>**1485 Tunnel Road**<br>**Santa Barbara, CA 93105** |

| Debtor 1 | **Elucida Oncology, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits** | |
|---|---|---|---|
| | State the term remaining | | **Trinet HR III, Inc.** |
| | List the contract number of any government contract | | **MS-5, PO Box 11107** **Tacoma, WA 98411-0107** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Turker, Melik Z.** |
| | List the contract number of any government contract | | **244 Nassau Street Apt. 4** **Princeton, NJ 08542** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Board Services & Indemnification** | |
|---|---|---|---|
| | State the term remaining | | **Ulrich B. Wiesner** |
| | List the contract number of any government contract | | **105 White Park Road** **Ithaca, NY 14853-1501** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **WHO Drug Global Site** | |
|---|---|---|---|
| | State the term remaining | | **Uppsala Monitoring Centre** |
| | List the contract number of any government contract | | **SE-751 40** **Uppsala** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Venkatesan, Aranapakam M** |
| | List the contract number of any government contract | | **97-07 63rd Road** **Apartment 9K** **Rego Park, NY 11374** |

Debtor 1    **Elucida Oncology, Inc.**
_____    _____    _____    Case number *(if known)* _____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.**  State what the contract or lease is for and the nature of the debtor's interest    **Equipment Maintenance**

State the term remaining

List the contract number of any government contract

**Waters Technologies Corporation
34 Maple Street
Milford, MA 01757**

---

**2.46.**  State what the contract or lease is for and the nature of the debtor's interest    **Master Services Agreement**

State the term remaining

List the contract number of any government contract

**WUXI XDC Hong Kong Limited
Unit 417. 4/F Lippo Ctr Tower Two No 89
Queensway Admiralty
Hong Kong**

---

**Fill in this information to identify the case:**

Debtor name **Elucida Oncology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Elucida Oncology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | **Interest** | **$101,638.67** |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | **Interest** | **$576,532.61** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | **Interest** | **$238,244.00** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    **Elucida Oncology, Inc.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Rider 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Rider 4** | | **$0.00** | **Payments to Board Members** |

5. **Repossessions, foreclosures, and returns**
List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Elucida Oncology, Inc.**                              Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hogan Lovells**<br>**390 Madison Avenue**<br>**New York, NY 10017** | | **Various** | **$125,727.50** |
| | Email or website address<br>**www.hoganlovells.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **BMC Group, Inc.**<br>**600 1st Avenue**<br>**Seattle, WA 98104** | | **6/4/2024** | **$7,500.00** |
| | Email or website address<br>**bmcgroup.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Porzio Bromberg & Newman**<br>**100 Southgate Parkway**<br>**Morristown, NJ 07962-1997** | | **5/30/2024** | **$50,000.00** |
| | Email or website address<br>**www.pbnlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

| Debtor | **Elucida Oncology, Inc.** | Case number *(if known)* | |
|---|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **US Bank National Association as Escrow Agent** 100 Wall Street, Suite 600 New York, NY | **Funding of retention bonus plan in lieu of 2023 performance bonuses.** | **1/29/2024** | **$1,074,146.00** |
| | Relationship to debtor **None** | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

| Debtor | Elucida Oncology, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ No Go to Part 10.
☐ Yes. Fill in below:

<div style="background:black;color:white">**Part 10:**</div> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

<div style="background:black;color:white">**Part 11:**</div> **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<div style="background:black;color:white">**Part 12:**</div> **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Debtor | Elucida Oncology, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Danforth Advisors LLC**<br>**Attention: Heather Kiesling**<br>**91 Middle Road**<br>**Southborough, MA 01772** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Deloitte & Touche LLP**<br>**Attn: Vincent Galluccio**<br>**P.O. Box 844708**<br>**Dallas, TX 75254** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Danforth Advisors LLC** | |

| Debtor | Elucida Oncology, Inc. | | Case number *(if known)* | |
|--------|------------------------|--|--------------------------|--|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Geno J Germano | 6174 Argos Drive<br>Blue Bell, PA 19422 | President, CEO | .084 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ramzi Benamar | 1612 Kings Mill Rd<br>Gwynedd Valley, PA 19437 | Chief Financial Officer | .000 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Gregory P Adams | 11 Academy Road<br>Hatboro, PA 19040 | Chief Scientific Officer | .000 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Eliel Bayever | 225 W 60th Street<br>#PH1D<br>New York, NY 10023 | Chief Medical Officer | .000 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Tim Boris | 1485 Tunnel Road<br>Santa Barbara, CA 93105 | Board Member | .000 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert Essner | 1301 Westway Drive<br>Sarasota, FL 34236 | Board Member | .085 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert Ruffolo | 725 Pughtown Rd<br>Spring City, PA 19475 | Board Member | .000 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Gary Lee Sender | 379 Selby Place<br>Blue Bell, PA 19422 | Board Member | .000 |

Debtor    **Elucida Oncology, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ulrich B. Wiesner | 105 White Park Road Ithaca, NY 14853 | Board Member | .656 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| David Scott Zaccardelli | 100 Ogden Street Sarasota, FL 34242 | Board Member | .000 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Ian Somaiya | 86 Prospect Avenue Montclair, NJ 07042 | CFO | 12/10/2021 - 6/27/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Natalie McDonald | 32 Dominick Street New York, NY 10013 | Board Member | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Geno J Germano** 6174 Argos Drive Blue Bell, PA 19422 | $551,137.50 | Semimonthly | Annual employee compensation |
| | Relationship to debtor **President & CEO** | | | |
| 30.2. | **Ramzi Benamar** 1612 Kings Mill Rd Gwynedd Valley, PA 19437 | $450,000 | Semimonthly | Annual employee compensation |
| | Relationship to debtor **Chief Financial Officer** | | | |
| 30.3. | **Eliel Bayever** 225 W 60th Street #PH1D New York, NY 10023 | $445,300 | Semimonthly | Annual employee compensation |
| | Relationship to debtor **Chief Medical Officer** | | | |

Debtor    **Elucida Oncology, Inc.**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Gregory P Adams**<br>**11 Academy Road**<br>**Hatboro, PA 19040** | **$344,200** | **Semimonthly** | **Annual employee compensation** |
| | Relationship to debtor<br>**Chief Scientific Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  7, 2024**

**/s/ Geno Germano**                                    **Geno Germano**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ Yes

**SOFA Rider 3**

| Vendor | Invoice no. | Payment amount | Vendor credit | Process date | Payment type | Payment status |
|---|---|---|---|---|---|---|
| Clean Harbors Environmental Services | 1004973608 | 10472.06 | | 06/07/2024 | ePayment | Scheduled |
| SEPS Inc. | S-21000 | 635.00 | | 06/07/2024 | ePayment | Scheduled |
| Waters Technologies Corporation | 231238840 | 1084.52 | | 06/07/2024 | ePayment | Scheduled |
| Shilpa Pharma Life Science Limited | SI2425290008 | 3000.00 | | 06/07/2024 | Wire | Scheduled |
| Marion Scocca | HLDRAFT | 25000.00 | | 06/07/2024 | ePayment | Scheduled |
| Catherine Reddick | HLDRAFT | 25000.00 | | 06/07/2024 | ePayment | Scheduled |
| Center For Technology Licensing | Multiple | 3340.85 | | 06/06/2024 | ePayment | Cleared |
| Danforth Advisors LLC | Multiple | 25187.50 | | 06/06/2024 | ePayment | Cleared |
| Annex Cleaning LLC | 156 | 415.84 | | 06/06/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | 2103652-IN | 3500.00 | | 06/06/2024 | ePayment | Cleared |
| Hogan Lovells US LLP | 21200018220 | 63127.14 | | 06/06/2024 | Other | Processed |
| Conner Strong & Buckelew | 603575 | 100500.00 | | 06/06/2024 | ePayment | Processed |
| Corden Pharma Boulder Inc. | 110600869 | 323000.00 | | 06/06/2024 | ePayment | Processed |
| Conner Strong & Buckelew | Multiple | 119595.00 | | 06/06/2024 | ePayment | Processed |
| Airgas USA, LLC | 5508050421 | 109.83 | | 06/06/2024 | Check | Sent |
| Princeton Corporate Plaza, LLC | 21551R | 29514.00 | | 06/05/2024 | ePayment | Cleared |
| SEPS Inc. | S-21118 | 895.00 | | 06/05/2024 | ePayment | Cleared |
| Cintas Corporation No. 062 | Multiple | 611.00 | | 06/05/2024 | Virtual card | Cleared |
| Conner Strong & Buckelew | Multiple | 11721.59 | | 06/05/2024 | ePayment | Cleared |
| TeamLogic IT | 6998 | 4830.17 | | 06/05/2024 | Check | Sent |
| Danforth Advisors LLC | INV_00019019 | 21137.50 | | 06/04/2024 | ePayment | Cleared |
| Precision Oncology | FR17317 | 2910.00 | | 06/04/2024 | ePayment | Cleared |
| BMC Group, Inc. | Advance | 7500.00 | | 06/04/2024 | Wire | Cleared |
| Sigma-Aldrich Inc. | 562656465 | 253.89 | | 06/03/2024 | Virtual card | Cleared |
| Center For Technology Licensing | 30136a | 2148.90 | | 05/31/2024 | ePayment | Cleared |
| Porzio Bromberg & Newman, PC | Legal | 50000.00 | | 05/30/2024 | Wire | Cleared |
| Center For Technology Licensing | Multiple | 26840.85 | | 05/30/2024 | ePayment | Cleared |
| VWR International, LLC | 8816023767 | 501.47 | | 05/30/2024 | Check | Check issued |
| Deloitte & Touche LLP | 8004758774 | 49858.00 | | 05/29/2024 | ePayment | Cleared |
| SciSafe, Inc. | INVSS-11944 | 1983.23 | | 05/29/2024 | ePayment | Cleared |
| Cintas Corporation No. 062 | Multiple | 866.30 | | 05/29/2024 | Virtual card | Cleared |
| Sigma-Aldrich Inc. | 562403947 | 81.19 | | 05/29/2024 | Virtual card | Cleared |
| Western Pest Services | 8933723 | 370.20 | | 05/29/2024 | Virtual card | Cleared |

**SOFA Rider 3**

| Vendor | Invoice no. | Payment amount | Vendor credit | Process date | Payment type | Payment status |
|--------|-------------|---------------:|---------------|--------------|--------------|----------------|
| Kelly Services, Inc. | Multiple | 8610.93 | | 05/29/2024 | ePayment | Cleared |
| Advarra/YourEncore, Inc. | Multiple | 2200.00 | | 05/29/2024 | Check | Check issued |
| Pumas-AI Inc | 24052 | 45850.00 | | 05/22/2024 | ePayment | Cleared |
| Peraton Inc MedDRA | 2449951 | 148.21 | | 05/21/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | 2103593-IN | 4611.11 | | 05/21/2024 | ePayment | Cleared |
| Precision Oncology | US6742 | 3094.67 | | 05/21/2024 | ePayment | Cleared |
| Ventana Medical Systems, Inc | Multiple | 21425.00 | | 05/21/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | 2103581-IN | 2000.00 | | 05/20/2024 | ePayment | Cleared |
| VWR International, LLC | Multiple | 2064.53 | | 05/20/2024 | Check | Cleared |
| Pharmaceutics International Inc. | 2103577-IN | 1750.00 | | 05/17/2024 | ePayment | Cleared |
| Sigma-Aldrich Inc. | 562549909 | 553.59 | | 05/17/2024 | Virtual card | Cleared |
| Pace Analytical | 2417032248 | 2565.00 | | 05/17/2024 | Virtual card | Cleared |
| Myonex, LLC | Multiple | 1850.00 | | 05/17/2024 | ePayment | Cleared |
| Conner Strong & Buckelew | Multiple | 97174.18 | | 05/17/2024 | ePayment | Cleared |
| Pace Analytical | 2417032180 | 650.00 | | 05/16/2024 | Virtual card | Cleared |
| AON Consulting | M10-0596535 | 1631.75 | | 05/16/2024 | ePayment | Cleared |
| Automated Building Solutions | 43633 | 1279.50 | | 05/15/2024 | ePayment | Cleared |
| Sigma-Aldrich Inc. | Multiple | 565.06 | | 05/15/2024 | Virtual card | Cleared |
| Center For Technology Licensing | Multiple | 12077.96 | | 05/14/2024 | ePayment | Cleared |
| VWR International, LLC | 8815849967 | 611.68 | | 05/10/2024 | Check | Cleared |
| Hogan Lovells US LLP | 21200018055 | 95722.66 | | 05/09/2024 | ePayment | Cleared |
| Wuxi Apptec(Hongkong) Limited | S29240417004C | 1950.00 | | 05/09/2024 | Wire | Cleared |
| Precision Oncology | FR17230 | 77061.50 | | 05/09/2024 | ePayment | Cleared |
| Life Technologies Corporation | 84978271 | 136.00 | | 05/09/2024 | Check | Cleared |
| VWR International, LLC | 8815837177 | 124.89 | | 05/09/2024 | Check | Cleared |
| Danforth Advisors LLC | INV_00018716 | 30650.50 | | 05/08/2024 | ePayment | Cleared |
| Voicenext Inc | VI51982 | 93.53 | | 05/08/2024 | ePayment | Cleared |
| Annex Cleaning LLC | 155 | 332.67 | | 05/08/2024 | ePayment | Cleared |
| Choate Hall & Stewart LLP (MSK) | 1815561 | 47407.99 | | 05/08/2024 | ePayment | Cleared |
| Choate Hall & Stewart LLP (MSK) | 1815876 | 5639.50 | | 05/08/2024 | ePayment | Cleared |
| PSE&G - Suite F - 8205 | 600608994354 | 4446.89 | | 05/08/2024 | Check | Cleared |
| PSE&G - Gas-2107 | 602308567847 | 126.67 | | 05/08/2024 | Check | Cleared |
| PSE&G - Electric-7507 | 601008929770 | 1644.74 | | 05/08/2024 | Check | Cleared |

**SOFA Rider 3**

| Vendor | Invoice no. | Payment amount | Vendor credit | Process date | Payment type | Payment status |
|---|---|---|---|---|---|---|
| World Courier Inc | 0085569044 | 930.10 | | 05/07/2024 | ePayment | Cleared |
| Cintas Corporation No. 062 | 4191107806 | 257.32 | | 05/07/2024 | Virtual card | Cleared |
| Shilpa Pharma Life Science Limited | SI2324290136 | 9000.00 | | 05/07/2024 | Wire | Cleared |
| STA Pharmaceutical Hong Kong Limited | P24240426025C | 246500.00 | | 05/07/2024 | Wire | Cleared |
| Uline | 176817288 | 886.14 | | 05/06/2024 | Virtual card | Cleared |
| Pace Analytical | 2417031779 | 7425.00 | | 05/03/2024 | Virtual card | Cleared |
| VWR International, LLC | Multiple | 440.09 | | 05/03/2024 | Check | Cleared |
| Princeton Corporate Plaza, LLC | Multiple | 29689.95 | | 05/01/2024 | ePayment | Cleared |
| John A. Steer Co | 20-020456-01 | 3390.38 | | 05/01/2024 | ePayment | Cleared |
| Conner Strong & Buckelew | Multiple | 10779.42 | | 05/01/2024 | ePayment | Cleared |
| NGT BioPharma Consultants, LLC | 437 | 1500.00 | | 05/01/2024 | Check | Cleared |
| TeamLogic IT | Multiple | 6910.06 | | 05/01/2024 | Check | Cleared |
| NGT BioPharma Consultants, LLC | 445 | 1912.50 | | 05/01/2024 | Check | Cleared |
| NGT BioPharma Consultants, LLC | 444 | 933.75 | | 05/01/2024 | Check | Cleared |
| Cintas Corporation No. 062 | 4190385096 | 257.32 | | 04/30/2024 | Virtual card | Cleared |
| Sigma-Aldrich Inc. | Multiple | 12006.83 | | 04/30/2024 | Virtual card | Cleared |
| VWR International, LLC | 8815754360 | 54.41 | | 04/30/2024 | Check | Cleared |
| Precision Oncology | US6557 | 276000.00 | | 04/26/2024 | ePayment | Cleared |
| VWR International, LLC | 8815727817 | 529.76 | | 04/26/2024 | Check | Cleared |
| SciSafe, Inc. | INVSS-11429 | 2089.86 | | 04/25/2024 | ePayment | Cleared |
| Precision Oncology | US6438 | 450666.37 | | 04/25/2024 | ePayment | Cleared |
| Precision Oncology | Multiple | 84955.29 | | 04/25/2024 | ePayment | Cleared |
| STA Pharmaceutical Hong Kong Limited | P24231130056C | 7200.00 | | 04/24/2024 | Wire | Cleared |
| SAI LIFE SCIENCES LIMITED | 6210257 | 14400.00 | | 04/24/2024 | Wire | Cleared |
| Shilpa Pharma Life Science Limited | DN2324290008 | 3500.00 | | 04/24/2024 | Wire | Cleared |
| VWR International, LLC | Multiple | 957.13 | | 04/24/2024 | Check | Cleared |
| Statewide Conditioning Inc. | 43411 | 1199.53 | | 04/24/2024 | Check | Cleared |
| Center For Technology Licensing | Multiple | 11364.33 | | 04/23/2024 | ePayment | Cleared |
| EMD Millipore Corporation | 11251504 | 782.00 | | 04/23/2024 | Virtual card | Cleared |
| Precision Oncology | Multiple | 22279.84 | | 04/23/2024 | ePayment | Cleared |
| Safety Partners, Inc. | 24-03104 | 5343.75 | | 04/22/2024 | ePayment | Cleared |
| Cintas Corporation No. 062 | 4188956349 | 257.32 | | 04/22/2024 | Virtual card | Cleared |
| Cintas Corporation No. 062 | 4189667433 | 257.32 | | 04/22/2024 | Virtual card | Cleared |

**SOFA Rider 3**

| Vendor | Invoice no. | Payment amount | Vendor credit | Process date | Payment type | Payment status |
|---|---|---|---|---|---|---|
| Ventana Medical Systems, Inc | Multiple | 22645.00 | | 04/22/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | 2103528-IN | 1670.40 | | 04/19/2024 | ePayment | Cleared |
| World Courier Inc | 0085522294 | 1531.10 | | 04/19/2024 | ePayment | Cleared |
| Allucent | IN205039 | 1925.00 | | 04/19/2024 | Check | Cleared |
| VWR International, LLC | 8815657326 | 53.91 | | 04/18/2024 | Check | Cleared |
| Life Technologies Corporation | 84884398 | 564.65 | | 04/18/2024 | Check | Cleared |
| Pace Analytical | 2417031223 | 1290.00 | | 04/17/2024 | Virtual card | Cleared |
| Airgas USA, LLC | 9148253336 | 186.54 | | 04/17/2024 | Check | Cleared |
| VWR International, LLC | 8815645106 | 897.22 | | 04/17/2024 | Check | Cleared |
| Global Life Sciences Solutions USA LLC | 12699358 | 1526.00 | 400.00 | 04/16/2024 | ePayment | Cleared |
| Hogan Lovells US LLP | 21200017664 | 148142.38 | | 04/15/2024 | ePayment | Cleared |
| Precision Oncology | US6303 | 156281.06 | | 04/15/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | 2103490-IN | 3000.00 | | 04/12/2024 | ePayment | Cleared |
| VWR International, LLC | Multiple | 358.55 | | 04/12/2024 | Check | Cleared |
| AxisPharm | 2600 | 355.00 | | 04/11/2024 | ePayment | Cleared |
| John A. Steer Co | 20-020238-02 | 735.67 | | 04/10/2024 | ePayment | Cleared |
| Danforth Advisors LLC | INV_00018679 | 21892.50 | | 04/10/2024 | ePayment | Cleared |
| Voicenext Inc | VI51190 | 93.53 | | 04/10/2024 | ePayment | Cleared |
| Annex Cleaning LLC | 154 | 415.84 | | 04/10/2024 | ePayment | Cleared |
| Choate Hall & Stewart LLP (MSK) | 1814436 | 30930.09 | | 04/10/2024 | ePayment | Cleared |
| PSE&G - Electric-7507 | 601808680355 | 1388.74 | | 04/10/2024 | Check | Cleared |
| PSE&G - Suite F - 8205 | 602108590221 | 5369.11 | | 04/10/2024 | Check | Cleared |
| PSE&G - Gas-2107 | 602208550834 | 238.67 | | 04/10/2024 | Check | Cleared |
| Choate, Hall & Stewart LLP | 1814191 | 2504.50 | | 04/10/2024 | Check | Cleared |
| VWR International, LLC | 8815584508 | 130.93 | | 04/10/2024 | Check | Cleared |
| Lainie Martin | 9/8/2023 | 4000.00 | | 04/10/2024 | Check | Returned |
| Life Technologies Corporation | 84618492 | 278.00 | | 04/10/2024 | Check | Cleared |
| Center For Technology Licensing | Multiple | 5778.12 | | 04/09/2024 | ePayment | Cleared |
| Conju-Probe, LLC | 2024030163 | 335.00 | | 04/09/2024 | ePayment | Cleared |
| Cintas Corporation No. 062 | 4188225410 | 257.32 | | 04/09/2024 | Virtual card | Cleared |
| 1099 Pro LLC | 704408 | 85.00 | | 04/09/2024 | Virtual card | Cleared |
| Allucent | IN204899 | 700.00 | | 04/05/2024 | Check | Cleared |
| EMD Millipore Corporation | 11225717 | 291.00 | | 04/04/2024 | Virtual card | Cleared |

**SOFA Rider 3**

| Vendor | Invoice no. | Payment amount | Vendor credit | Process date | Payment type | Payment status |
|--------|-------------|----------------|---------------|--------------|--------------|----------------|
| M.Braun, Inc. | PSI-49150 | 650.00 | | 04/04/2024 | Virtual card | Cleared |
| VWR International, LLC | 8815536494 | 1616.52 | | 04/04/2024 | Check | Cleared |
| AxisPharm | 2569 | 205.00 | | 04/03/2024 | ePayment | Cleared |
| Princeton Corporate Plaza, LLC | Multiple | 39720.00 | | 04/02/2024 | ePayment | Cleared |
| Center For Technology Licensing | 29819 | 15187.65 | | 04/02/2024 | ePayment | Cleared |
| Focus Laboratories | 23-04166 | 380.00 | | 04/02/2024 | ePayment | Cleared |
| Precision Oncology | US5702 | 64315.21 | | 04/02/2024 | ePayment | Cleared |
| Pumas-AI Inc | 24033 | 27350.00 | | 04/02/2024 | ePayment | Cleared |
| Princeton University | CIF-4131855 | 698.07 | | 04/02/2024 | Check | Cleared |
| CAB Advisory LLC | 018 | 750.00 | | 04/02/2024 | Check | Cleared |
| TeamLogic IT | 6921 | 5209.60 | | 04/02/2024 | Check | Cleared |
| Chemglass Life Sciences | Multiple | 6995.00 | | 04/01/2024 | Virtual card | Cleared |
| Cintas Corporation No. 062 | Multiple | 514.64 | | 04/01/2024 | Virtual card | Cleared |
| Myonex, LLC | 6374 | | 0 675.00 | 04/01/2024 | Other | Processed |
| Myonex, LLC | 6373 | | 0 2772.66 | 04/01/2024 | Other | Processed |
| Precision Oncology | FR16162 | 18033.19 | | 04/01/2024 | ePayment | Cleared |
| Waters Technologies Corporation | 231195683 | 1116.02 | | 03/29/2024 | ePayment | Cleared |
| Precision Oncology | Multiple | 90893.17 | | 03/29/2024 | ePayment | Cleared |
| Pipette Calibration & Repair, Inc. (PCR) | AK03082-241 | 3335.00 | | 03/29/2024 | Check | Cleared |
| Life Technologies Corporation | 84749131 | 62.65 | | 03/29/2024 | Check | Cleared |
| Waters Technologies Corporation | 231194753 | 572.40 | | 03/28/2024 | ePayment | Cleared |
| SciSafe, Inc. | INVSS-10913 | 1983.23 | | 03/27/2024 | ePayment | Cleared |
| Sigma-Aldrich Inc. | Multiple | 428.39 | | 03/27/2024 | Virtual card | Cleared |
| VWR International, LLC | 8815454430 | 124.86 | | 03/27/2024 | Check | Cleared |
| Sigma-Aldrich Inc. | 561909242 | 202.38 | | 03/26/2024 | Virtual card | Cleared |
| World Courier Inc | 0085445299 | 2487.90 | | 03/22/2024 | ePayment | Cleared |
| Safety Partners, Inc. | 24-02101 | 1781.25 | | 03/22/2024 | ePayment | Cleared |
| Ventana Medical Systems, Inc | Multiple | 10510.00 | | 03/22/2024 | ePayment | Cleared |
| Precision Oncology | US6305 | 5565.00 | | 03/22/2024 | ePayment | Cleared |
| Precision Oncology | US6304 | 80666.76 | | 03/22/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | 2103431-IN | 9000.00 | | 03/21/2024 | ePayment | Cleared |
| Uline | 174904569 | 198.90 | | 03/21/2024 | Virtual card | Cleared |
| Aurigene Pharmaceutical Services Limited | 9012594910 | 3500.00 | | 03/21/2024 | Wire | Cleared |

**SOFA Rider 3**

| Vendor | Invoice no. | Payment amount | Vendor credit | Process date | Payment type | Payment status |
|---|---|---|---|---|---|---|
| Cryostar Industries, Inc. | S-91821 | 895.65 | | 03/20/2024 | ePayment | Cleared |
| Next Generation Productions, Inc. | 2636 | 750.00 | | 03/20/2024 | ePayment | Cleared |
| Wuxi Apptec(Hongkong) Limited | S29240227002C | 28700.00 | | 03/20/2024 | Wire | Cleared |
| VWR International, LLC | 8815393065 | 74.32 | | 03/20/2024 | Check | Cleared |
| Sigma-Aldrich Inc. | Multiple | 1198.51 | | 03/19/2024 | Check | Returned |
| Cintas Corporation No. 062 | 4186052110 | 351.66 | | 03/19/2024 | Virtual card | Cleared |
| Myonex, LLC | Multiple | 2150.00 | | 03/19/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | 2103455-IN | 6500.00 | | 03/15/2024 | ePayment | Cleared |
| VWR International, LLC | Multiple | 1340.12 | | 03/15/2024 | Check | Cleared |
| Hogan Lovells US LLP | 21200017454 | 107207.22 | | 03/14/2024 | ePayment | Cleared |
| Pace Analytical | 2417030159 | 460.00 | | 03/14/2024 | Virtual card | Cleared |
| VWR International, LLC | 8815345407 | 252.96 | | 03/14/2024 | Check | Cleared |
| Lumiprobe Corporation | 56072 | 410.00 | | 03/13/2024 | Virtual card | Cleared |
| Danforth Advisors LLC | INV_00018331 | 18005.00 | | 03/12/2024 | ePayment | Cleared |
| Annex Cleaning LLC | 153 | 332.67 | | 03/12/2024 | ePayment | Cleared |
| Princeton Corporate Plaza, LLC | 21240R | 29668.00 | | 03/12/2024 | ePayment | Cleared |
| Pharmaceutics International Inc. | Multiple | 6402.90 | | 03/12/2024 | ePayment | Cleared |
| World Courier Inc | 0085409678 | 1262.59 | | 03/12/2024 | ePayment | Cleared |
| Voicenext Inc | VI50391 | 93.53 | | 03/12/2024 | ePayment | Cleared |
| Aurigene Pharmaceutical Services Limited | 9012592340 | 2500.00 | | 03/12/2024 | Wire | Cleared |
| STA Pharmaceutical Hong Kong Limited | P24231123018C | 1214583.00 | | 03/12/2024 | Wire | Cleared |
| PSE&G - Suite F - 8205 | 604107522588 | 4543.03 | | 03/12/2024 | Check | Cleared |
| Kelly Services, Inc. | 0700356124 | 28600.00 | | 03/12/2024 | Check | Cleared |
| PSE&G - Gas-2107 | 602308472098 | 557.42 | | 03/12/2024 | Check | Cleared |
| TeamLogic IT | 6885 | 5344.60 | | 03/12/2024 | Check | Cleared |
| PSE&G - Electric-7507 | 600708892299 | 1581.18 | | 03/12/2024 | Check | Cleared |
| Western Pest Services | 8840622 | 123.40 | | 03/11/2024 | Virtual card | Cleared |
| Sigma-Aldrich Inc. | Multiple | 4240.48 | | 03/11/2024 | Check | Cleared |
| Cintas Corporation No. 062 | Multiple | 514.64 | | 03/11/2024 | Virtual card | Cleared |
| Hogan Lovells US LLP | 21200017246 | 111017.89 | | 03/07/2024 | ePayment | Cleared |
| NGT BioPharma Consultants, LLC | 420 | 11443.75 | | 03/07/2024 | ePayment | Processed |

**SOFA 4 - Insider Payments**

| Payee | Invoice no. | Payment amount | Process date | Payment type | Payment status |
|---|---|---|---|---|---|
| David Scott Zaccardelli | 2024-06-30 | 10000.00 | 06/05/2024 | ePayment | Cleared |
| David Scott Zaccardelli | 2024-03-30 | 10000.00 | 04/02/2024 | ePayment | Cleared |
| David Scott Zaccardelli | DZ12212023 | 1902.29 | 12/26/2023 | ePayment | Cleared |
| David Scott Zaccardelli | 2023-12-30 | 10000.00 | 12/21/2023 | ePayment | Cleared |
| David Scott Zaccardelli | 936214*1 | 2314.13 | 09/29/2023 | ePayment | Cleared |
| David Scott Zaccardelli | 2023-09-30 | 10000.00 | 09/25/2023 | ePayment | Cleared |
| David Scott Zaccardelli | June2023BM | 1952.41 | 07/18/2023 | ePayment | Cleared |
| David Scott Zaccardelli | 2023-06-30 | 10000.00 | 06/30/2023 | ePayment | Cleared |
| Eliel Bayever | EB06052024 | 75000.00 | 06/07/2024 | ePayment | Scheduled |
| Gary Lee Sender | 2024-03-30 | 10000.00 | 04/02/2024 | ePayment | Cleared |
| Gary Lee Sender | 2023-12-30 | 10000.00 | 12/21/2023 | ePayment | Cleared |
| Gary Lee Sender | 2023-09-30 | 10000.00 | 09/25/2023 | ePayment | Cleared |
| Gary Lee Sender | 2023-06-30 | 10000.00 | 06/30/2023 | ePayment | Cleared |
| Gary Lee Sender | 2024-06-30 | 10000.00 | 06/05/2024 | ePayment | Cleared |
| Ian Somaiya | IN2F125C47 | 5037.07 | 10/27/2023 | ePayment | Cleared |
| Ian Somaiya | 00010303223 | 5037.75 | 09/29/2023 | ePayment | Cleared |
| Ian Somaiya | Cobra08.2023 | 5037.75 | 08/22/2023 | ePayment | Cleared |
| Ian Somaiya | ISomaiya073123 | 16860.17 | 08/16/2023 | ePayment | Cleared |
| Ian Somaiya | 7/13/2023 | 5037.75 | 08/16/2023 | ePayment | Cleared |
| Jacob Erstling | JK06052024 | 15000.00 | 06/07/2024 | ePayment | Scheduled |
| Natalie McDonald | 2023-12-30 | 10000.00 | 12/21/2023 | ePayment | Cleared |
| Natalie McDonald | 2023-09-30 | 10000.00 | 09/25/2023 | ePayment | Cleared |
| Natalie McDonald | 2023-06-30 | 10000.00 | 06/30/2023 | ePayment | Cleared |
| Robert Essner | 2024-06-30 | 20000.00 | 06/05/2024 | ePayment | Cleared |
| Robert Essner | 2024-03-30 | 20000.00 | 04/02/2024 | ePayment | Cleared |
| Robert Essner | December2023 | 2799.52 | 01/05/2024 | ePayment | Cleared |
| Robert Essner | 2023-12-30 | 20000.00 | 12/21/2023 | ePayment | Cleared |
| Robert Essner | 2023-09-30 | 20000.00 | 09/25/2023 | ePayment | Cleared |
| Robert Essner | BEJune2023BM | 1420.88 | 07/18/2023 | ePayment | Cleared |
| Robert Essner | 2023-06-30 | 20000.00 | 06/30/2023 | ePayment | Cleared |

**SOFA 4 - Insider Payments**

| Payee | Invoice no. | Payment amount | Process date | Payment type | Payment status |
|---|---|---|---|---|---|
| Robert Ruffolo | 2024-06-30 | 10000.00 | 06/05/2024 | ePayment | Cleared |
| Robert Ruffolo | 2024-03-30 | 10000.00 | 04/02/2024 | ePayment | Cleared |
| Robert Ruffolo | 2023-12-30 | 10000.00 | 12/21/2023 | ePayment | Cleared |
| Robert Ruffolo | 2023-09-30 | 10000.00 | 09/25/2023 | ePayment | Cleared |
| Robert Ruffolo | 2023-06-30 | 10000.00 | 06/30/2023 | ePayment | Cleared |
| Tim Boris | Multiple | 12800.00 | 06/05/2024 | ePayment | Cleared |
| Tim Boris | 2024-05-08 | 2800.00 | 05/08/2024 | ePayment | Cleared |
| Tim Boris | 2024-04-08 | 2800.00 | 04/10/2024 | ePayment | Cleared |
| Tim Boris | 2024-03-30 | 10000.00 | 04/02/2024 | ePayment | Cleared |
| Tim Boris | 2024-03-08 | 2800.00 | 03/07/2024 | ePayment | Cleared |
| Tim Boris | 2024-02-08 | 2800.00 | 02/07/2024 | ePayment | Cleared |
| Tim Boris | T.BorrisDec2023BOD | 1488.00 | 01/25/2024 | ePayment | Cleared |
| Tim Boris | 2024-01-08 | 2800.00 | 01/05/2024 | ePayment | Cleared |
| Tim Boris | 2023-12-30 | 10000.00 | 12/21/2023 | ePayment | Cleared |
| Tim Boris | 2023-12-08 | 2800.00 | 12/05/2023 | ePayment | Cleared |
| Tim Boris | 2023-11-08 | 2800.00 | 11/06/2023 | ePayment | Cleared |
| Tim Boris | Multiple | 3863.20 | 10/04/2023 | ePayment | Cleared |
| Tim Boris | 2023-09-30 | 10000.00 | 09/25/2023 | ePayment | Cleared |
| Tim Boris | 083123TB | 860.25 | 09/14/2023 | ePayment | Cleared |
| Tim Boris | 2023-09-08 | 2800.00 | 09/07/2023 | ePayment | Cleared |
| Tim Boris | 2023-08-08 | 2800.00 | 08/10/2023 | ePayment | Cleared |
| Tim Boris | 2023-07-08 | 2800.00 | 07/10/2023 | ePayment | Cleared |
| Tim Boris | 2023-06-30 | 10000.00 | 06/30/2023 | ePayment | Cleared |
| Tim Boris | 2023-06-08 | 2800.00 | 06/14/2023 | ePayment | Cleared |
| Tim Boris | 2023-05-08 | 2800.00 | 06/01/2023 | ePayment | Cleared |
| Ulrich B. Wiesner | 2023-06-30 | 10000.00 | 06/30/2023 | Check | Cleared |
| Ulrich B. Wiesner | 2024-06-30 | 10000.00 | 06/05/2024 | Check | Sent |
| Ulrich B. Wiesner | 2024-03-30 | 10000.00 | 04/02/2024 | Check | Cleared |
| Ulrich B. Wiesner | 2023-12-30 | 10000.00 | 12/21/2023 | Check | Cleared |
| Ulrich B. Wiesner | 2023-09-30 | 10000.00 | 09/25/2023 | Check | Cleared |

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Elucida Oncology, Inc.** _____    Case No. _____
                                                Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  7, 2024** _____    **/s/ Geno Germano** _____
                                                **Geno Germano**/CEO
                                                Signer/Title

2001 JOSHI LIVING TRUST UAD 12/07/01 VYO
17343 VIA DEL CAMPO
SAN DIEGO, CA 92127


3487938 CANADA INC.
6111 ROYAL MOUNT AVE #100
MONTREAL, QC H4P 2T4
CANADA


350 INVESTMENTS PTY LTD
16 LIVERPOOL STREET
BUNDEENA NSW 02230-0000
AUSTRALIA


A R Properties
881 Dover Drive
#240
Newport Beach, CA 92663


A&B CAPITAL INVESTMENTS LLC
2805 E OAKLAND PARK BLVD, 117
FORT LAUDERDALE, FL 33306


a-connect (US) Inc
116 Village Boulevard
Suite 208
Princeton,, NJ 08540


ADAMAVA ENTERPRISES, LLC
4516 NINA LANE
MIDDLETON, WI 53562


Adams, Gregory P
11 Academy Road
Hatboro, PA 19040


Adams, Gregory P
11 Academy Road
Hatboro, PA 19040


Adolfo Carmona & Donna Carmona, JT TEN
23 Strickland Road
Cos Cob, CT 06807

ADOLFO CARMONA DONNA CARMONA JT TEN
99 VALLEY RD UNIT E
COS COB, CT 06807


Agilent Technologies, Inc
2850 CENTERVILLE RD
WILMINGTON, DE 19808


Agilent Technologies, Inc
2850 Centerville Rd
Wilmington, DE 19808


AGT IRREVOCABLE TRUST FBO ROBERT K. GREE
2318 W 59th St.
Mission Hills, KS 66216


Airgas USA, LLC
PO Box 734445
Chicago, IL 60673-4445


AL BROTHERS FAMILY TRUST UAD 12/12/14 AL
7175 E CAMELBACK RD.
SCOTTSDALE, AZ 85251


Alan & Karen Dawes
136 VINTAGEISLE LANE
PALM BCH GDNS, FL 33418


Albert Gentile & Hiedi Lyn Gentile JT Te
5 Mountain View Ave
Mayfield, NY 12117


ALBERT GENTILE HIEDI LYN GENTILE JT TEN
5 MOUNTIANVIEW AVE
MAYFIELD, NY 12117


Ali El-Mohandes
11248 Eastwood Dr.
Hagerstown, MD 21742


ALLAN LIPKOWITZ REV LIV TR UAD 08/26/05
2686 ANZA TRAIL
PALM SPRINGS, CA 92264

Allan Lipkowitz TTEE Allan Lipkowitz Rev
2686 Anza TRL
Palm Springs, CA 92264-6821


Allen T. Martin
4712 Woodbridge Drive
Raleigh, NC 27612


Alok Agrawal Aruna Agrawal JT TEN
18841 Southwest 41 Street
Miramar, FL 33029-2758


ALOK AGRAWAL ARUNA AGRAWAL JT TEN
18841 SOUTHWEST 41 STREET
MIRAMAR, FL 33029-2758


ALVA TERRY STAPLES
6705 DORADO PL
GREENWOOD VLG, CO 80111-1766


Ambroseo-Lacorte Family Trust UAD 09/28/
461 Heather Ct
Los Altos, CA 94022


AMBROSEO-LACORTE FAMILY TRUST UAD 09/28/
461 HEATHER COURT
LOS ALTOS, CA 94022-1679


AMEND & RESTATE TR AGREE ANNE ROMANOFF I
1617 EAST MCMILLANST
CINCINNATI, OH 45243


AMEND & RESTATE TR AGREE ANNE ROMANOFF I
1617 N. FLAGLER DR WEST
PALM BEACH, FL 33407


AMIT SRIVASTAV
10 FLORAL COURT
WESTFIELD, NJ 07050


Ample Pacific Development Limited
Flat/RM 603 6F Harbour Crystal Centre
100 Grannille Road
Tsim Sha Tsui
Hong Kong

AMR FAREED M. ZAIDAN
PO BOX 20516
AL-KHOBAR
 31952-0000
SAUDI ARABIA


ANDREW FISHER
1 Hobart Dr.
Greenwich, CT 06831


ANDREW LEBE
80 BILLY LOWS LANE
POTTERS BAR, HERTS EN61XL
UNITED KINGDOM


Angelo Moesslang & Monika Moesslang JT T
151 Beacon Street
Boston, MA 02116


Angelo Moesslang Monika Moesslang JT TEN
151 Beacon Street
Boston, MA 02116


ANGELO MOESSLANG MONIKA MOESSLANG JT TEN
151 Beacon Street
Boston, MA 02116


Annex Cleaning LLC
760 Carlock Avenue
Perth Amboy, NJ 08861


Anthony Daulerio
4008B Burry Portway
Mt. Laurel, NJ 08054


Anthony Daulerio
4008b Burey
Portway, NJ 08054


ANTHONY DAULERIO
401 KAILA CT
SHAMONG, NJ 08088-9688

ANTHONY GABRIELE
353 LINCOLN DIVE
KENILWORTH, NJ 07033


Anthony W. Tolcher
PO Box 417
San Antonio, TX 78292


AR Properties
3419 Via Lido #262
Newport Beach, CA 92663-3908


Arnold T Hagler Separate Property Trust
545 Boanir Way
Lajolla, CA 92037


Arnold T. Hagler Separate Property Trust
545 Bonair Way
LaJolla, CA 92037


ArteFin GmbH
Berlin 10719-0000
Germany


ARTEFIN GMBH
MEINEKESTRASSE 5
BERLIN 10719-0000
GERMANY


Aurigene Pharmaceutical Services Limited
1-75/1, Sy. No. 195 & 198/2/A
Bollaram Road, Miyapur
Hyderabad, India 500 049


Automated Building Solutions
6200 Main Street
South Amboy, NJ 08879


AVIK ROY
8901 CHALK KNOLL DRIVE
AUSTIN, TX 78735


B. Kristine Johnson Trust U/A/D 08/13/08
366 Ferndale Road S.
Wayzota, MN 55391

B. Kristine Johnson Trust UAD 08/13/08 B
366 Ferndale Road South
Wayzata, MN 55391


B. KRISTINE JOHNSON TRUST UAD 08/13/08 B
366 Ferndale Rd South
Wayzata, MN 55391


B. KRISTINE JOHNSON TRUST UAD 08/13/08 B
366 FERNDALE RD S.
WAYZATA, MN 55391


B. KRISTINE JOHNSON TRUST UAD 08/13/08 B
366 Ferndale Road S
Wayzata, MN 55391


Babyak, Kristine
217 West Park Avenue
Hamilton, NJ 08610


Bader Sultan & Bros. CO. W.L.L


Bader Sultan & Bros. Co. W.L.L.
P.O. Box 867
Safat 13009-0000
Kuwait


BADER SULTAN & BROS. CO. W.L.L.
FREE TRADE ZONE PLOT E67 BSBC
KUWAIT


Bayever, Eliel
225 W 60th Street
#PH1D
New York, NY 10023


Bayever, Eliel
225 W 60th Street
#PH1D
New York, NY 10023


Benamar, Ramzi
1612 Kings Mill Rd
Gwynedd Valley, PA 19437

Benamar, Ramzi
1612 Kings Mill Rd
Gwynedd Valley, PA 19437


Benson Saxon Limited
Saxon Works
South Street
Manchester M11-2FY
United Kingdom


BENSON SAXON LTD
SAXON WORK, SOUTH STREET
OPENSHAW
MANCHESTER M11 2FY
UNITED KINGDOM


Benson Saxon, LTD


Bes Investments LLC
230 Pascaic Ave 1st Floor
Fairfeild, NY 07004


BES INVESTMENTS LLC
277 FAIRFIELD ROAD
SUITE 212
FAIRFIELD, NJ 07004


BES Investments, LLC
230 Pascale Ave
1st Fl.
Fairfield, NJ 07004


Beth Dryden
2720 Quaker Lane N.
Plymouth, MN 55441


Beth Dryden
2720 Quaker LN N
Plymouth, MN 55441


BIOTECH MOUNTAINS BV
GROENEREIN 44
CADIER EN KEER 06267-0000
THE NETHERLANDS

Biotechnology Innovation Organization
1201 New York Ave NW #1300
Washington, DC 20005


Biotechnology Innovation Organization
1201 New York Ave NW #1300
Washington, DC 20005


BKV II, LLC.
6901 ROCKLEDGE DR
SUITE 730
BETHESDA, MD 20817


BLAIRWOOL, LLC
150 N. RIVERSIDE PLAZA
Chicago, IL 60606


Blairwool, LLC
150 N. Riverside Plaza
Chicago, IL 60606


Blairwool, LLC
150 N. RIVERSIDE PLAZA
CHICAGO, IL 60606


Blobel Family 2003 Trust UAD 11/13/03 Fr
754 Ashby Drive
Palo Alto, CA 94301


Blobel Family 2003 Trust UAD 11/13/03 Fr
754 Ashby Drive
Polo Alfo, CA 94301


BLOBEL FAMILY 2003 TRUST UAD 11/13/03 FR
754 ASHBY DRIVE
PALO ALTO, CA 94301


Bot Family Trust Uad 08/25/15 Adrian Bot


Bot Family Trust UAD 8/25/15 Adrian Bot
238 Lasky Drive
Beverly Hills, CA 90212

Bozarth LLC
9028 Great Heron Circle
Orlando, FL 32836


Bozarth, LLC
9028 Great Heron Circle
Orlando, FL 32836


Bradford David Duea Crisiti Shae Duea Te
4228 West Mercer Way
Mercer Island, WA 98040-3408


BRADFORD PASKEWITZ
1511 PONCE DE LEON AVENUE
APT 187
SAN JUAN, PR 00909-5009


BRENTON LAWRENCE SAUNDERS
1142 N. Venetian Drive
Miami Beach, FL 33139


BRENTON LAWRENCE SAUNDERS
1142 N VENETIAN DRIVE
MIAMI BEACH, FL 33139


BRETT ALAN VENTEICHER RACHEL ANN VENTEIC
2210 PLUM CREEK RD
ALGONA, IA 50511-7181


BRETT ALAN VENTEICHER RACHEL ANN VENTEIC
2210 PLUM CREEK RD.
ALGONA, IA 50511-7181


BRIAN S. TYLER KRISTEN M. TYLER JT TEN
3609 EUCLID AVE
DALLAS, TX 75205


BRIAN S. TYLER KRISTEN M. TYLER JT TEN
3609 EUCLID AVE
DALLAS, TX 75205


Bruce A. Burskey
10601 Davisburg Rd
Davisburg, MI 48350

Bruce A. Burskey
10601 Davisburg Road
Davisburg, MI 48350


Bruce A. Burskey
10601 Davidsburg Road
Davidburg, MI 48350


Bruce A. Burskey
10601 Davisburg Road
Davisburg, MI 46350


Bruce A. Burskey
10601 DAVISBURG RD
DAVISBURG, MI 48350


BRUCE A. BURSKEY
10601 DAVISBURG RD
DAVISBURG, MI


Bryan Douglas Birch
4 Windrush Lane
Westport, CT 06880


Bryan Douglas Birch
4 Windrush Lane
Westport, CT 06880


BRYAN DOUGLAS BIRCH
4 WINDRUSH LANE
WESTPORT, CT 06880-2301


BURNS INVESTMENTS LLC.
885 WINSLOW STREET
REDWOOD CITY, CA 94063


C Barnes Darwin II
98 Trinity Oaks CIR
Spring, TX 77381


C Barnes Darwin II
98 Trinity Oaks
Circle Spring, TX 77381

Caerus US 1 Inc
One Pennsylvania Plaza, Suite 2505
New York, NY 10119


Caerus US 1 Inc
One Pennsylvania Plaza, Suite 2505
New York, NY 10119


CAMPBELL FAMILY TRUST UAD 03/04/99 ERIC
334 Hidden Pines Rd
Del Mar, CA 92014-3315


CAMPBELL FAMILY TRUST UAD 03/04/99 ERIC
334 HIDDEN PINES RD
DEL MAR, CA 92014-3315


Carta, Inc
195 Page Mill Road, Suite 101
Palo Alto, CA 94306


Carta, Inc
195 Page Mill Road, Suite 101
Palo Alto, CA 94306


Cavan M. Redmond
2380 Mockingbird Court
Annapolis, MD 21401


Center For Technology Licensing
395 Pine Tree Rd., Suite310
Ithaca, NY 14850


Center For Technology Licensing
Cornell Univesrity
395 Pine Tree Rd., Suite310
Ithaca, NY 14850


CHARLES A. LIEPPE REVOCABLE TRST UAD 11/
56 Seebreeze Ave
DELRAY BEACH, FL 33483-7015


CHARLES A. LIEPPE REVOCABLE TRST UAD 11/
56 SEABREEZE AVE
DELRAY BEACH, FL 33483

Charles Bancroft
35 Court Street
Newtown, PA 18940-1909


CHARLES BANCROFT
1101 THOMAS ST
DELRAY BEACH, FL 33483


Charles L. Dickson & Nancy A Gillett 199
4520 W Phanton Hill Road
Prescott, AZ 86305


Charles L. Dickson & Nancy A. Gillet 199
4520 W. Phanrom Hill Rd
Prescott, AZ 86305


CHARLES L. DICKSON & NANCY A. GILLETT 19
4520 WEST PHANTOM HILL ROAD
PRESCOTT, AZ 86305


Children's Hospital Los Angeles
4650 Sunset Boulevard
Mailstop #97
Los Angeles, CA 90027


CHITAYAT HOLDINGS, LLC
1009 Solymar Drive
La Jolla, CA 92037


Choate Hall & Stewart LLP (MSK)
Two International Place
Boston, MA 02110


CHRISTIAN RAY STORM
3848 VALLEY ROAD
LAFAYETTE, CA 94549


Christopher A Basta Lorraine Basta JT TE
18 Peppermill Lane
Dix Jills, NY 11746


CHRISTOPHER A BASTA LORRAINE BASTA JT TE
18 PEPPERMILL LANE
DIX HILLS, NY 11746

Christopher Anthony Basta
19 Peppermill Lane
Dix Hills, NY 11746


CHRISTOPHER MECRAY
47 WINFIELD ROAD
PRINCETON, NJ 08540


CHRISTOPHER MECRAY
47 WINFIELD ROAD
PRINCETON, NJ 08540


Cintas Corporation No. 062
PO Box 630803
Cincinnati, OH 45263-0803


Claude James Prieur Karen Ann Prieur JT
1300 North State Parkway #302
Chicago, IL 60610


Claude James Prieur Karen Ann Prieur JT
1300 N STATE PKWY #302
CHICAGO, IL 60610


CLAUDE JAMES PRIEUR KAREN ANN PRIEUR JT
1300 N STATE, #302
CHICAGO, IL 60610


Clay Struve
175 W. Jackson Blvd.
Chicago, IL 60604


Clay Struve
175 west Jackson Blvd
Suite 440
Chicago, IL 60604


CLAY STRUVE
675 ARBOR DR.
LAKE BLUFF, IL 60044


CLAYOQUOT CAPITAL LLC
1713 CURTIS AVE..
MANHATTAN BEACH, CA 90266

CLAYOQUOT CAPITAL LLC.
1713 CURTIS AVE
MANHATTAN BCH, CA 90266-7024


Clean Harbors Environmental Services
P.O. Box 3442
Boston, MA 02241-3442


CMIC, Inc.
2860 Forbs Avenue
Hoffman Estates, IL 60192


Cogency Global
PO Box 3168
Hicksville, NY 11802


Conner Strong & Buckelew
401 Route 73 North, Suite 300
PO Box 989
Marlton, NJ 08053


Corden Pharma Boulder Inc.
4876 Sterling Drive
Boulder, CO 80301


COREY GROSSMAN
32 River Road Dr
Essex, CT 06426


Corey Grossman
5832 WILD LILAC DRIVE
EAST PETERSBURG, PA 17520


CRAIG DONALD SCHNUCK
26 CARRSWOLD DR
SAINT LOUIS, MO 63105-2913


CRAIG DONALD SCHNUCK
26 CARRSWOLD DR
SAINT LOUIS, MO 63105-2913


CRAIG GEERS
7245 Packer Dr
Belmont, MI 49306

CRAIG GEERS
7245 packer dr
Belmont, MI 49306


CROCKER FAMILY GENERATIONAL TRUS UAD 03/
3211 E. SANDY SPRINGS DR.
SANDY, UT 84092


CROCKER FAMILY INVESTMENTS, LLC
2825 COTTONWOOD PARKWAY
COTTONWOOD HEIGHTS, UT 84121


CROCKER VENTURES, LLC
2825 E COTTONWOOD PKWY STE 330
SALT LATE CITY, UT 84121-7088


CROCKER VENTURES, LLC
2923 EAST BENCHMARK DRIVE
SLC, UT 84109


Cryostar Industries, Inc.
109 URBAN AVE
Westbury, NY 11590


Cryostar Industries, Inc.
109 URBAN AVE
Westbury, NY 11590


CURTIS S. LANE AND STACEY R. LANE
101 CENTRAL PARK WEST #10E
NEW YORK, NY 10023


CYMBAX LLC
2 SPENCER PLACE SUITE 6
SCARSDALE, NY 10583


DAJB INVESTORS LLC
307 THAXON STREET
GAITHERBURG, MD 20878


DAJB INVESTORS LLC
307 THAXTON STREET
GAITHERSBURG, MD 20878

Dan Steven Veljovich Natalie Boden Veljo
3415 72nd Ave SE
Mercer Island, WA 98040


DANA D KEITH DDS
6603 RANNOCH ROAD
BETHESDA, MD 20817


DANA D KEITH DDS
6603 RANNOCH ROAD
BETHESDA, MD 20817


Daniel Gologorsky
449 E 14 St
Apt 4c
New York, NY 10009


Daniel Grellner
4003 Boden Lane
Spring, TX 77386


Daniel Grellner
4003 Boden Lane
Spring, TX 77386


Daniel James Grellner
4003 Boden Lane
Spring, TX 77386


Daniel James Grellner
4916 Shades Bridge RD
Edmond, OK 00730


Daniel P Petro
2126 N Villa Court
Gibsonia, PA 15044


Daniel P Petro
2126 N Villa Court
Gibsonia, PA 15044


DANIEL P PETRO
2126 N VILLA CT
GIBSONIA, PA 15044

Daniel P. Petro
2126 N Villa Court
Gibsonia, PA 15044


Daniel Petro
2126 N. Villa Court
Gibsonia, PA 15044


David Abel
30 Jericho Exc. Plaza
Jericho, NY 11753-1057


David Berger & Adrianne Saffir - Berger
4620 North Braeswood
Apt. 73
Houston, TX 77096


David Berger Adrianne Saffir Berger JT T
618 High Point Drive
Mount Dora, FL 32757


DAVID BERGER ADRIANNE SAFFIR-BERGER JT T
3620 Oxford Ave Apt 3B
Bronx, NY 10463


DAVID DWYER
332 South Main
Cohasset, MA 02025


DAVID DWYER
332 SOUTH MAIN STREET
COHASSET, MA 02025-2029


David E. I. Pyott Revocable Living Trust
P.O. Box 50520
Irvine, CA 92619


David E.I. Pyott Trust Revocable Living
PO BOX 50520
Irvine, CA 92619


David Frydrych
3 Northate Plaza
Harmony, PA 16037

David Frydrych
3 Northgate Plaza
Harmony, PA 16037

DAVID GRAHAM KENNEDY JEANNE ANNE KENNEDY
14 UPPER PRICE RD
SAINT LOUIS, MO 63132

DAVID OLDACH
30 MARTINWOOD ROAD
JAMAICA PLAIN, MA 02130

DAVID OLDACH
30 MARTIN ROAD
JAMAICA PLAIN, MA 02130

David R. Victor Revocable Trust UAD 3/29
401 S Old Woodward #333
Birmingham, MI 48009

David Schneider
4850 Drake Road
Cincinnati, OH 45243

David Schneider
208 Porto Vecchio Way
Palm Beach GDNS, FL 33418

DAVID SCHNEIDER
208 Porto Vecchio Way
Palm Beach GDNS, FL 33418

DAVID SCHNEIDER
250 PORTO VECCHIO WAY
PALM BEACH GARDENS, FL 33418

David Scott Zaccardelli
100 Ogden Street
Sarasota, FL 34242

DAVID WILLIAM BRUNEL STACEY ELLYN STEERS
517 PINE ST
BOULDER, CO 80302-4737

DAVID WILLIAM BRUNEL STACEY ELLYN STEERS
517 Pine Street
Boulder, CO 80302


DAVID Y NORTON
8 Greenholm St
Princeton, NJ 08540-3700


DAVID Y NORTON
3/2 CROSS STREET
MOSMAN NSW 02088-0000
AUSTRALIA


DDS Separate Property Trust UAD 7/15/16
116 Westbluff Street
Bakersfield, CA


DECLAN JOHN CASSIDY
48 APTHORP ST
QUINCY, MA 02170-2207


Deloitte & Touche LLP
Deloitte & Touche LLP
P.O. Box 844708
Dallas, TX 75284-4708


Dennis Shasha
100 Bleeker St Apt 7A
New York, NY 10012


Dennis Shasha
100 Bleeker Street
Apt 7A
NY, NY 10012


DENNIS STULL
42 S EMILY ST
PITTSBURGH, PA 15205-4504


Department of Environmental Protection
ATTN: NJDEP Bankruptcy Coordinator
401 East State St., 6th Floor West
PO Box 420, Mail Code 401-06Q
Trenton, NJ 08625-0420

```
DEREK A. PETERSON
1033 KAI HELE KU
LAHAINA, HI 96761


DEREK A. PETERSON
3213 SAN JOAQUIN PLAZA
NEWPORT BEACH, CA 92660


Diepri, George
888 Juniper St NE, Apt 2801
Atlanta, GA 30309-4842


Ditzler Family 2003 Trust UAD 04/10/03 T
537 Occidental Ave
San Mateo, CA 94402


DITZLER FAMILY 2003 TRUST UAD 04/10/03 T
537 OCCIDENTAL AVE
SAN MATEO, CA 94402


DocuSign Inc.
221 Main Street #1550
San Francisco, CA 94105


DocuSign Inc.
221 Main Street #1550
San Francisco, CA 94105


Dominick Abel
498 West Ed Avenue, 12C
New York, NY 10024


Dominick Abel
498 West End Ave
NY 10024


DOMINICK ABEL TOD DTD 03/25/2015
498 WEST END AVENUE
12C
NEW YORK, NY 10024


Donald E. Hinkle
8914 Kirkhaim Road
Indianapolism, IN 46260
```

Donald E. Hinkle
8914 Kirkham Rd
Indianapolis, IN 46260


Donald P. Sesterhenn
3410 Raymond Ct.
Mount Pleasant, WI 53405


Donald Sesterehenn
3410 Raymond Ct
MT Pleasant, WI 53405


DONALD SESTERHENN
3410 RAYMOND CT
MT PLEASANT, WI 53405


DOUG WOOD
78 ARROWROOT DR
LYNDHURST, VA 22952


Douglas A. Neugold
70 North St.
Goshen, Ct 06756-1511


DOUGLAS EDWARD HANSEN
6411 OCEAN FRONT WALK
PLAYA DEL REY, CA 90293


Douglas Wood
78 Arrowroot Drive
Lyndhurst, VA 22952


Dr. Steve & Jan Richards Revocable Trust
2621 Francis Sites
Spirit L ake, IA 51360


DR. STEVE AND JAN RICHARDS REVOCABLE UAD
2621 FRANCIS SITES
SPIRIT LAKE, IA 51360-1882


Dr. Steve and Jan Richards UAD 06/30/11
2621 Francis Siters
Sprint, IA 51360

DR/Decision Resources, LLC
100 District Avenue, Suite 213
Burlington, MA 01803


DR/Decision Resources, LLC
100 District Avenue, Suite 213
Burlington, MA 01803


Dyke Rogers
P.O. Box 128
Dalhart, TX 79022


Dyke Rogers
PO Box 128
Dalhart, TX 79022


DYKE ROGERS
1205 OLIVE
DALHART, TEXAS 79022-0000


Edgar D Jannotta JR Exemot Family UAD 10
455 N Granite Creek Road
Teton Village, WY 83025


Edgar D. Jannotta JR Exempt Family Trust
7455 N. Granite Creek Road
Teton Village, WY 83025


EdgeMoor FL, LLC
15491 Estancia Lane
Wellington, FL 33414


Edward J. Ludwig Revocable Trust UAD 04/
PO Box 52047
Atlanta, GA 30355-0047


Edward J. Ludwig Revocable Trust UAD 04/
PO BOX 52047
ATLANTA, GA 30355


EDWARD J. LUDWIG REVOCABLE TRUST UAD 04/
PO BOX 52047
ATLANTA, GA 30355-0047

El II Properties Trust U/A/D 7/1/83 Robe
10866 Wilshire Blvd
Ste 1500
Los Angles, CA 90024-4355


Eldar Investments, LLC
P.O. BOX 200,
Bar Harbor, ME 04609


ELDAR INVESTMENTS, LLC
PO BOX 200
BAR HARBOR, ME 04609


Element Materials Technology Midland, In
1940 North Stark Road
Midland, MI 48642


ELENA MANSO GALLASTEGUI
ZUBIETA 24; 70 20007 -
SAN SEBASTIAN
SPAIN


ELEVADO INVESTMENT COMPANY LLC
23622 CALABASAS ROAD
SUITE 200
CALABASAS, CA 91302-1509


Elevado Investment Company, LLC
23622 Calabasas Road
Suite 200
Calabasas, CA 91302


Emad Al-Zaben Revocable Trust UAD 01/03/
11614 Parkhurst Sq.
San Diego, CA 92130


Emerson, Nyssa
412 Lambertville Hopewell Rd
Lambertville, NJ 08530


Emerson, Nyssa
412 Lambertville Hopewell Rd
Lambertville, NJ 08530

EMFT, Inc.
665 SASCO HILL RD.
FAIRFIELD, CT 06824


Equisolve
2455 E. Sunrise Blvd
Ste 1201
Fort Lauderdale, FL 33304


Eric Howard Bloom
52 MARIA RD
WOODCLIF LK, NJ 07677-8143


Eric Prescott Campbell
344 Hidden Pines Rd
Del Mar, CA 92014


Eric Prescott Campbell
334 Hidden Pines Road
Del Mar, CA 92014


Eric Prescott Campbell
334 Hidden Pines Road
Del Mar, CA 92014


Erstling, Jacob
103 Quail Ridge Dr
Plainsboro, NJ 08536-2201


Erstling, Jacob
103 Quail Ridge Dr
Plainsboro, NJ 08536-2201


Estate Of David Abel Seth Abel & Gregory


EVAN SCHWARTZ
330 Beacon St
Apt A42
Boston, MA 02166


EZ COLONY PARTNERS LLC
23622 CALABASAS ROAD
SUITE 200
CALABASAS, CA 91302-1509

EZ Colony Partners, LLC
23622 Calabasas Road
Suite 200
Calabasas, CA 91302


Feng Jin
1249 Malta Lane
Foster City, CA 94404


Fleur A. Christensen John C Blazier JT T
2401 Tower Drive
Austin, TX 78703-2323


Fortezza Investments, LP
760 NW 107th Ave
Suite 308
Miami, FL 33172


Frank Misselwitz and Jana Misselwitz
Wielandtstr 15
Heidelberg 69120-0000
Germany


Frank Misselwitz and Jana Musselwitz
WIELANDTSTR 15
HEIDELBERG 69120-0000
GERMANY


FRANK MISSELWITZ JANA MISSELWITZ JT TEN
Wielandtstr 15
Heidelberg DE - 69120
Germany


FRANK MISSELWITZ JANA MISSELWITZ JT TEN
WIELANDTSTR 15
HEIDELBERG 69120-0000
GERMANY


Fred & Betty Bialek Revocable Trust UAD
200 Winding Way
Woodside, CA 94062


Friederike Sybille Naumann
10 Stanley Mound Road
Stanley
Hong Kong SAR

Fujia Limited
Fortune Commercial Building
362 Sha Tsui Road, Room 1020
Tsuen Wan
Hong Kong


G Jan Van Heek
5 Ocean Drive
Punta Gorda, FL 33950


G JAN VAN HEEK
5 OCEAN DRIVE
PUNTA GORDA, FL 33950


Gardinier II, Thomas C.
307 Bencer Court
Raritan, NJ 08869


Gardinier II, Thomas C.
307 Bencer Court
Raritan, NJ 08869


Garfinkle Revocable Trust U/A/D 5/15/08
13783 E. Gail Road
Scottsdale, AZ 85259


GARFINKLE REVOCABLE TRUST UAD 05/15/08 M
5568 Stella Drive
Paradise Valley, AZ 85252


GARFINKLE REVOCABLE TRUST UAD 05/15/08 M
5568 E STELLA LN
PARADISE VLY, AZ 85253-4259


Gary Elliston
9206 Westview Circle
Dallas, TX 75231


GARY ELLISTON
9206 WESTVIEW CIRCLE
DALLAS, TX 75231


Gary Lee Sender
379 Selby Place
Blue Bell, PA 19422

Gary Pierce and Leigh N. Pierce JTTEN
1027 Summer Holly Lane
Encinitas, CA 92024


GAYLORD KENT CONRAD LUCY JEAN CALAUTTI J
2525 Mulberry Terrace
Sarasota, FL 34239


GAYLORD KENT CONRAD LUCY JEAN CALAUTTI J
2525 MULBERRY TERRACE
SARASOTA, FL 34239


Gelest Inc
Gelest, Inc.
P.O. Box 789586
Philadelphia, PA 19178-9586


GENO GERMANO
17 SUMMIT STREET
PHILADELPHIA, PA 19118


GENO GERMANO
17 SUMMIT STREET
PHILADELPHIA, PA 19118


GEOFFREY MICHAEL WILLIAMS
275 W 10TH APT 4A
NEW YORK, NY 10014


Geoffrey W. Henson and Lucy J. Henson JT
2 Welfleet Lane
Gilen Mills, PA 19342


GEOFFREY W. HENSON LUCY J. HENSON JT TEN
2 WELLFLEET LANE
GLEN MILLS, PA 19342


GEORGE H EDMISTON
1340 SCOTLAND AVE.
CHARLOTTE, NC 29207


GEORGE I. STOECKERT
19215 W. AUSTIN BAYOU COURT
CYPRESS, TX 77433

GEORGE I. STOECKERT
19215 W AUSTIN BAYOU CT
CYPRESS, TX 77433-0018


GEORGE M. MANN 2005 TRUST DTD 3/2/2005 U
20587 CHANSON WAY
RENO, NV 89511


GEORGE MAGRATH
401 Patjens Lane
Mount Pleasant, SC 29464


GERARD J, DAHER REVOCABLE TRUST UAD 12/3
2300 STILLMAN ROAD
CLEVELAND HTS, OH 33118-3521


Gerard J. Daher
2300 Stillman Rd.
Cleveland Heights, OH 44118


Gerard J. Daher Revocable Trust UAD 12/3
2300 Stillman Rd


Germano, Geno J
6174 Argos Drive
Blue Bell, PA 19422


Germano, Geno J
6174 Argos Drive
Blue Bell, PA 19422


Gibs International LLC
8985 S. Eastern Avenue
Suite 210
Las Vegas, NV 89123


Gibs International LLC


Gideon Bollag
168 Alice Lane
Orinda, CA 94563

Gideon Bollag
168 Alice Lane


GIDEON BOLLAG
168 ALICE LN
ORINDA, CA 94563-3601


GILLARD FAMILY INTERVIVOS TRUST UAD 06/1
1199 SUMMIT ROAD
MONTECITO, CA 93108-2451


GIRLS NIGHT OUT, LLC
800 Westchester Ave
Rye Brook, NY 10573


Glenn P. Muir
19 Dane Road
Lexington, MA 02421


GLENN P. MUIR
111 JOHN'S ISLAND DRIVE
INDIAN RIVER SHORES, FL 32963


GOLDEN INVESTMENT CO LP
39 OLIVERS COVE LANE
WATERMILL, NY 11976


Golden Investment CO. LP
12 E 49th Street FL 41
NY, NY 10017-8298


Golden Investment CO. LP
39 OLIVER'S COVE LANE
WATER MILL, NY 11976


Goutham Krishna Gorti
12 Meadowbrook Road
Chester, NJ 07930-2730


GOUTHAM KRISHNA GORTI
12 MEADOWBROOK RD
CHESTER, NJ 07930-2730

GraphPad
225 Franklin Street, Fl. 26
Boston, MA 02110


Gregory H Blaine
393 Marina Blvd.
San Francisco, CA 94123-1213


Gregory H Blaine
393 MARINA BOULEVARD
SAN FRANCISCO, CA 94123


GREGORY H BLAINE
393 MARINA BOULEVARD
SAN FRANCISCO, CA 94123


Gumusel, Ali
252 JOHN STREET #2
PRINCETON, NJ 08542


Gumusel, Ali
252 JOHN STREET #2
PRINCETON, NJ 08542


Halloran Consulting Group, Inc.
22 Thomson Place
Boston, MA 02210


HANI ZEINI
2125 NE 124TH ST NORTH
MIAMI, FL 33181-2618


Hanson Wade Limited
52 Grosvenor Gardens
London SW1W 0AU


Hanson Wade Limited
52 Grosvenor Gardens
London SW1W 0AU


Harvey Lang
73 Montgomery Street
Brooklyn, NY 11213

Harvey Lang
783 Montgomery St
Brooklyn, NY 11213


Henrik Rasmussen and Britta Rasmussen JT
4985 Gulf of Mexico Drive
#404
Longboat Key, FL 34228


HENRY HERZING REVOCABLE LIVING TRUST UAD
64 CAYMAN PL
PALM BCH GDNS, FL 33418-8095


Henry Scovern & Laura Pakarow, JT TEN
336 Llandville Road
Bala Cynwyd, PA 19004


Henry Scovern and Laura Pakarow TEN ENT
336 Llandrillo Rd.
Bala Cynwyd, PA 19004


Henry Scovern Laura Pakarow Ten Ent
336 Llanrillo Road Bala
Cynwyd, PA 19004


Henry Scovern Laura Pakarow Ten Ent


HENRY SCOVERN LAURA PAKAROW TEN ENT
336 LLANDRILLO RD
BALA-CYWYD, PA 19004


Herzig Irrevocable Descendant Trust U/A/
1660 N Prospect Avenue
Unit 1009
Milwaukee, WI 53202


HERZING IRREVOCABLE DECENDANTS TR 11/20/
1660 N PROSPECT AVE UNIT 1009
MILWAUKEE, WI 53202-6706


Herzing Irrevocable Descedants Trust 11/
1660 N Prospect Ave
Unit 1009
Miwaukee, WI 53202

HOUMAN SARSHAR, TTEE OF THE HOUMAN SARSH
11974 MAYFIELD AVE
UNIT 8
LOS ANGELES, CA 90049


HOWARD J WORMAN
240 W 102nd St Apt 41
New York, NY 10025


Howard J. Worman
240 w 102nd St Apt 41
New York, NY 10025


Howard J. Worman
240 West 102ST Street
Apr-41
NY 10025


Howden Family Trust UAD 12/02/09 Howden
13 Bowers Street Manly
NSW 02095-0000
Australia


HOWDEN FAMILY TRUST UAD 12/02/09 HOWDEN
13 BOWER ST
MANLY, NSW 02095-0000
AUSTRALIA


Hoyt David Morgan
941 Silvermine Road
New Canaan, CT 06840


Hoyt David Morgan
941 SILVERMANE RD
NEW CANAAN, CT 06840


HOYT DAVID MORGAN
941 SILVERMINE RD
NEW CANAAN, CT 06840


Informa Business Intelligence, Inc.
101 Paramount Drive
Sarasota, FL 34232

Informa Business Intelligence, Inc.
101 Paramount Drive
Sarasota, FL 34232


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346


Intrado Digital Media, LLC
PO Box 74007143
Chicago, IL 60674-7143


Intrado Digital Media, LLC
PO Box 74007143
Chicago, IL 60674-7143


Irrevocable Aloha Trust U/A/D 5/1 02, Ma
6225 Smith Avenue
Baltimore, MD 21209


Irrevocable Aloha Trust UAD 05/01/02 Mar
6225 Smith Avenue
Baltimore, MD 21209


J MARTIN & D MARTIN TTEE MARTIN 2012 FAM
2900 W. Julia St
Unit 1804
Tampa, FL 33629


J MARTIN & D MARTIN TTEE MARTIN 2012 FAM
3401 BAYSHORE BLVD #1804
TAMPA, FL 33629


Jack Cavin Holland 1979 Revocable Trust
180 Mooring Buoy
Hilton Head, SC 29928


Jack Cavin Holland 1979 Revocable Trust
180 Moonring Buoy
Hilton Head, SC 29928


JACK CAVIN HOLLAND 1979 REVOCABLE TRUST
180 Moonring Buoy
Hilton Head, SC 29928

JACK CAVIN HOLLAND 1979 REVOCABLE TRUST
180 MOORING BUOY
HILTON HEAD ISLAND, SC 29928


JACOBSON SORENSEN INVESTMENTS LP
1474 Edgewood Drive
Palo Alto, CA 94301


JACOBSON SORENSEN INVESTMENTS LP
1474 EDGEWOOD DRIVE
PALO ALTO, CA 94301


JACOBSON SORENSEN INVESTMENTS LP
1474 EDGEWOOD DR
PALO ALTO, CA 94301-3119


James & Amita Hollingshead Trust


James A Kluge
32802 North 55th Place
Cave Creek, AZ 85331


JAMES A KLUGE
32802 NORTH 55TH PLACE
CAVE CREEK, AZ 85331-5584


JAMES B. AND KAREN A. GLAVIN FAMILY TRUS
18469 VIA CAMDELA RANCH
Santa Fe, CA 92091


James B. And Karen A. Glavin Family Trus


JAMES B. AND KAREN A. GLAVIN FAMILY TRUS
18469 VIA CANDELA RCHO
SANTA FE, CA 92091-0194


JAMES F. WINSCHEL JR
30 Nobscot Road Unit 20
Sudbury, MA 01776

```
JAMES F. WINSCHEL JR
30 Nobscot Road
Unit 20
Sudbury, MA 01776


James F. Winschel Jr.
30 Nobscot Road
Unit 20
sudbury, MA 01776


James F. Winschel, JR.
30 Nobscot Road
Unit 20
Sudbury, MA 01776


James L. Kempner
875 5th Ave
APT 14A
NY, NY 10065-4952


JAMES L. KEMPNER
42 Johnny Lane
Southampton, NY 11968


James Maisel
170 Coachman Place E
Muttontown, NY 11791


James Martin fbo Martin Family 2020 Inve


James P. Martin
1 Leroy Street
Apt. 5B
New York, NY 10014


James P. Martin
One Leroy Street
Apt 5B
new York, NY 10014


James R and Amita Hollingshead Revoable
14177 Caminito Vistana
San Diego, CA 92130
```

James R and Amita Hollingshead revoc Liv


Jan E Berger Revocable Trust UAD 03/14/0
3842 Monticelloe Ave
Chicago, IL 60618


JAN E. BERGER REVOCABLE TRUST UAD 03/14/
3842 N MONTICELLO AVE
CHICAGO, IL 60618-4120


JAN FILAKOVSKY
HOCKEGASSE 14 TOP 21
VIENNA 01180-0000
AUSTRIA


JBC PHARMA LLC.
121 Kercheval Ave
Grosse Pointe Farms, MI 48236


JBC PHARMA LLC.
121 KERCHEVAL AVE
GROSSE PT FRM, MI 48236-3618


JDA Partners LP
5215 Old Orchard Rd
Ste 440
Skokie, IL 60077


JDA PARTNERS LP
PO BOX 3482
APOLLO BEACH, FL 33572


JDA Partners, LP
5215 Old Orchard Rd
Ste 440
Skokie, IL 60077


JEFFREY KOBLARZ
61 W 62ND ST #14L
NY, NY 10023


Jeffrey Kobylarz
61 W 62nd Street #14L
New York, NY 10023

JERRY DON REEVES
1323 East 34th Street
Tulsa, OK 74105


Joan Plastiras Revocable Trust UAD 10/01
967 Dennis Drive
Palo Alto, CA 94303


Joan Plastiras Revocable Trust UAD 10/01
967 DENNIS DRIVE
PALO ALTO, CA 94303


Joaquim Trias Revocable Trust UAD 04/26/
960 Sequoia Ave
Millbrae, CA 94030-3008


JOAQUIM TRIAS REVOCABLE TRUST UAD 04/26/
960 SEQUOIA AVE
MILLBRAE, CA 94030-3008


Joel L. Hochman Revocable Trust
1605 Provenance Way
Northbrook, IL 60062


Joel L. Hochman Revocable Trust UAD 12/0
1605 Provenance Way
Northbrook, IL 60062


JOEL L. HOCHMAN REVOCABLE TRUST UAD 12/0
1609 Provenanceway
Northbrook, IL 60062


JOEL L. HOCHMAN REVOCABLE TRUST UAD 12/0
1605 PROVENANCE WAY
NORTHBROOK, IL 60062


Joel Yanowitz & Amy B. Metzenbaum 2003 R
3 Stanton Way
Mill Valley, CA 94941-1421


JOEL YANOWITZ &AMY B. METZENBAUM 2003 RE
3 STANTON WAY
MILL VALLEY, CA 94941

John A. Avenia
39 Tory Hill Road
PO BOX 100
Hillsdale, NY 12529


JOHN A. AVENIA
39 TORY HILL RD
HILLSDALE, NY 12529


John A. Steer Co
28 S 2nd Street
Philadelphia, PA 19106


JOHN BRIAN POTTS
320 CONANT ROAD
WESTON, MA 02493-1626


John Crisan
134 Cambridge Lane
Newton, PA 18940


John Crisan
1576 MARSH WREN LANE
NAPLES, FL 34105


JOHN CRISAN
1576 MARSH WREN LANE
NAPLES, FL 34105


John D. Carton
500 Haines Road
Bedford Corners, NY 10549


John D. Carton
500 haines Road
Bedford Corners, NY 10549


JOHN DITTOE
70 Hazel Lane
Piedmont, CA 94611


JOHN DITTOE
70 HAZEL LANE
PIEDMONT, CA 94611-4033

```
John Florsheim
4467 N. Lake Dr.
Milwaukee, WI 53211


John Florsheim
4467 N Lake Drive
Milwaukee, WI 53211


JOHN FLORSHEIM
4467 N LAKE DR.
MILWAUKEE, WI 53211


John Golden
39 Olivers Cove LN
Water Mill, NY 11976-3123


JOHN GOLDEN
39 OLIVERS COVE LANE
WATERMILL, NY 11976


John Lambert
19 Clark St
Cambirdge, MA 02139


John Lambert Ph.D.
19 Chalk Street
Cambridge, MA 02139


JOHN R. LEONE DANIELA T. LEONE JT TEN
225 RAVENSCLIFF ROAD
ST. DAVID'S, PA 19087


John V Wagner
233 Jardin Drive
Los Altos, CA 94022


JOHN V WAGNER
233 JARDIN DRIVE
LOS ALTOS, CA 94022-1723


John V. Wagner
233 Jardin Drive
Los Altos, CA 94022
```

Jonathan Charles Franks
The Gardens
Chapel Lane, Yenston
Somerset BA8ONH
United Kingdom


Jonathan Charles Franks
The Gardens, Chapel Lane
Yenstone Somerset Barsonh


JONATHAN CHARLES FRANKS
THE GARDENS CHAPEL LANE YENSTON
SOMERSET BA8 ONH
UNITED KINGDOM


Jonathan Fishbein & Elana Fishbein JT Te
1318 club House Road
Gladwyne, PA 19035


Jonathan Fishbein Elana Fishbein JT TEN
1318 Club House Road
Gladwyne, PA 19035


Joseph Ingino
5360 W. River Bend Dr.
Libertyville, IL 60048


Joseph Ingino
5360 W RIVER BEND DR.
LIBERTYVILLE, IL 60048


JOSEPH INGINO
5360 W RIVER BEND DR
LIBERTYVILLE, IL 60048


Joseph Jimenez JR.
122 Pepperwood Court
Danville, CA 94506


Joseph Roy Bishop III
46 Wilers Creek Way
Hilton Head, SC 29926

Joseph Roy Bishop III
46 Willer Creek Way
Hilton Head, SC 29926


JOSEPH ROY BISHOP III
35 ENSIS RD
HILTON HEAD ISLAND, SC 29928


Joshua Gregg Berkowitz
1 Sutton Place Soute
Apt. 7B
New York, NY 10022


Joshua Gregg Berkowitz
1 suton Place South
Apt 7B
NY 10022


JOSHUA GREGG BERKOWITZ
101 Worth Avenue
Palm Beach, FL 33480


Joyson J. Karakunnel
11604 Springridge Road
Potomac, MD 20854


Joyson J. Karakunnel
12585 SW 34th Place
Davie, FL 33330


JOYSON KARAKUNNEL
12585 SW 34TH PLACE
DAVIE, FL 33330


Juan Vallarino
15 Carmel Lane
Brentwood, TN 37027


Juan Vallarino
15 Carmel Lane
Brentwood, TN 37027


JUAN VALLARINO
8756 GRAND AVE NE
BAINBRIDGE ISLAND, WA 98110

```
Kadi Family Trust U/A/D 8/31/06 William
145 Selby Drive
Incline Village, NV 89450


Karen Shasha
100 Bleeker St Apt 7A
New York, NY 10012


Karen Shasha
100 Bleeker Street
Apt 7A
NY, NY 10012


Karen T Dawes Alan S. Dawes JT TEN
138 Uintage Isle lake FL
Palm Beach, FL 33418


KAREN T DAWES ALAN S. DAWES JT TEN
138 Vintage Isle Lane
Palm Beach Gardens, FL 33418


KAREN T DAWES ALAN S. DAWES JT TEN
138 VINTAGE ISLE LANE
PALM BEACH GARDENS, FL 33418


Karen T. Dawes & Alan S. Dawes JT TEN
138 VintageIsle Lane
Palm Beach Gardens, FL 33418


KARL DAVID SALNOSKE
8275 ALVORD ST
MCLEAN, VA 22102


KARL DAVID SALNOSKE
8275 ALVORD ST.
MCLEAN, VA 22102


KATHY N. WALLER
1585 WESLEY PKWY NW
ATLANTA, GA 30327-1800


KATHY N. WALLER
1585 WESLEY PKWY NW
ATLANTA, GA 30327-1800
```

Keith Gelles
4285 Applebutter Rd
Perkasie, PA 18944


KEITH GELLES
303 JULIAN CT
PLYMOUTH MEETING, PA 19462


Kelly Services, Inc.
P.O. Box 820405
Philadelphia, PA 19182-0405


Kenmont Capital Private Equity Partners
720 Kuhlman Road
Houston, TX 77024


Kenmont Capital Private Equity Partners
720 Kuhlman Rd
Houston, TX 77024


KENMONT CAPITAL PRIVATE EQUITY PARTNERS
1509 MONARCH OAKS ST.
HOUSTON, TX 77055


KIM A LOPDRUP LILLIAN CATHRYNE LOPDRUP J
1900 GIPSON GREEN LANE
WINTER PARK, FL 32789


KIM A. LOPDRUP
1900 GIPSON GREEN LANE
WINTER PARK, FL 32789


Kim Kiat Ong
4 Sunrise Drive
Sunrise Villa
Singapore 00080-6507
Singapore


Kim Kiat Ong
4 Sunrise Drive Sunrise Villa
Singapore, 806507
Singapore

```
KIMBERLEY PROMISE MORGAN
16 MOUNTVIEW RD
WELLESLEY, MA 02481-2711


Kimberly Promise Morgan
16 Mountainview Road
Wellesley, MA 02481-2711


Kirill Tatarinov
1333 N Atlantic Blvd.
Fort Lauderdale, FL 33304


Kirill Tatarinov
1333 N Atlantic Blvd
Fort Lauderdale, FL 33304


KSK Investors, LLC


KUNNEMAN PROPERTIES, LLC
5605 NORMANDY DRIVE
COLLEYVILLE, TX 76034


Kunneman Properties, LLC
5605 Normandy Dr.
Colleyville, TX 76034


KURT PETERSEN CAROL HC TAO JT TEN
442 VISTA RIDGE DRIVE
MILPITAS, CA 95035-7216


Kurtis Krentz
10 Myrtlewood Road
Wayzata, MN 55391


KURTIS KRENTZ
10 MYRTLEWOOD ROAD
WAYZATA, MN 55391


Kyle Schneider
341 Garden St Unit 1
Hoboken, NJ 07030
```

Kyle Schneider
15607 HIDDEN OAKS CT
CARMEL, IN 46033

Lainie Martin
1637 Christian Street
Philadelphia, PA 19146

Lambda IV , LLC
432 East 84th St.

Lambda IV LLC
432 East 84th St.
NY, NY 10028

LAMBDA IV LLC
432 EST 84TH STREET
NEW YORK, NY 10028

Lambda IV, LLC
432 East 84th Street
New York, NY 10028

Larry Hopfenspirger Revocable Trust UAD
2720 Quaker Lane N.
Plymouth, MN 55441

Larry Hopfenspirger Revocable Trust UAD
2720 Quaker LN N
Plymouth, MN 55441

LARS E. BIRGERSON
54 HILLCREST RD
MARTINSVILLE, NJ 08836-2334

Lawrence D. Stern 2010 Qualified Annuity
112 Clipper Lane
Jupiter, FL 33477

LAWRENCE D. STERN 2010 QUALIFIED ANNUITY
112 CLIPPER LANE
JUPITER, FL 33477-4014

Leslie Wood
78 Arrowroot Drive
Lyndhurst, VA 22952


LESLIE WOOD
78 ARROWROOT DR
LYNDHURST, VA 22952


Li, Qiong
136 Jackson Ave
Princeton, NJ 08540


Liepmann Trust UAD 5/08/1984 UAD 05/08/8
531 Silvertip Drive
Incline VLG, NV 89451


LIEPMANN TRUST UAD 5/08/1984 UAD 05/08/8
531 SILVERTIP DR.
INCLINE VILLAGE, NV 89451


LightServe


LINDA KOSIN
5105 GRAND LOOP UNIT 409
TACOMA, WA 98407-3192


Liquidyne Process Technologies
11919 W I-70 Frontage Rd N
Unit 106
Wheatridge, CO 80033-7108


LISA MAYER
14007 Aubrey Rd
Beverly Hills, CA 90210


LISA MAYER
14007 Aubrey Rd
Beverly Hills, CA 90210


Loeb Holding Corporation
100 Wall Street
19th Fl.
New York, NY 10005

Lorie Mary Karnath
1685 Broadway
West Park, NY 12493


Lorie Mary Karnath
1685 9W
WEST PARK, NY 12493


LORIE MARY KARNATH
1685 9W
WEST PARK, NY 12493


Louis Vigden
180 E 79th Street
Apt. 12F
New York, NY 10075


Louis Vigden
180 E 79th Street
Apt 12F
NY, NY 10075


LUCIUS VERUS LLC
2619 BAYSHORE BLVD
TAMPA, FL


Lucius Verus, LLC
11603 Renaissance View Court
Tampa, FL 33626


Lucius Verus, LLC
11603 renaissance View Court
Tampa, FL 33626


Lumiprobe Corporation
201 International Circle, Ste 135
Hunt Valley, MD 21030


LYDIA MICHELLE MANN BARBARA ANN LI SANTI
3930 PATTERSON AVENUE
OAKLAND, CA 94619-2030

LYPUL LIMITED
45 REID STREET
HAMILTON HM 12
BERMUDA


LYPUL LIMITED
WESSEX HOUSE 5TH FLOOR
45 REID STREET
HAMILTON HM 12
BERMUDA


M & K BHATT TRUST UAD 07/16/95 MUKESH B
16811 CIRCA DEL SUR
PO BOX 3236


MARC CHRISTIAN HORN
IM WALDHOF 4
KRONBERG 61476


MARC COHEN
308 COTTONWOOD CT
PIERMONT, NY 10968-1099


Marcin Pirog
Pelikanow 6 02843 Poland
Pelikanow 6 02843
Poland


MARK ANDREW MURCKO
520 MARSHALL STREET
HOLLISTON, MA 01746


Mark H. Coleman
4911 Columbia Road
Apt F
Columbia, MD 21044


Mark Lester-Swindell Melanie Elizabeth B
580 W Mermaid Ln
Philadelphia, PA 19118-4206


Mark Lester-Swindell Melanie Elizabeth B
580 W MERMAIN LN
PHILADELPHIA, PA 19118

MARK LESTER-SWINDELL MELANIE ELIZABETH B
45 NORMAN DRIVE STILTON
PETERBOROUGH PE7 3RS
UNITED KINGDOM

Mark Murcko
520 Marshall Street
Holliston, MA 01746

MARK PATTERSON
799 Lord Byron Trail
Hamilton, MT 59840

MARK PATTERSON
799 LORD BYRON TRL
HAMILTON, MT 59840-9228

Mark Reutlinger Analee Reutlinger Comm P
4627 Wayneworth Street W
University PL, WA 98466-1031

MARK REUTLINGER ANALEE REUTLINGER COMM P
4627 WAYNEWORTH ST W
UNIVERSITY PL, WA 98466-1031

Mark Rubin
84 Bigelow Road
West Newton, MA 02465

Mark Timney Revocable Trust UAD 10/01/20
195 Shore Rd.
Old Greenwich, Ct 06870

MARK TIMNEY REVOCABLE TRUST UAD 10/01/20
37 DAVENPORT DR
STAMFORD, CT 06902

Mark W Livingston
PO Box 8345
Yakima, WA 98908-0345

Mark W. Livingston
PO Box 8345
Yakima, WA 98908

MARKUS GEMUEND
369 KING RD
PETALUMA, CA 94952


Marstar Alternative Investments, LLC
38 Evans Drive
Brookville, NY 11545


Marstar Alternative Investments, LLC
38 Evans Drive
Glen Head, NY 11545


MARSTAR ALTERNATIVE INVESTMENTS, LLC
38 EVANS DR
BROOKVILLE, NY 11545


MATHIESON FAMILY TRUST
300 DRAKES LANDING ROAD, #250
GREENBRAE, CA 94904


Matt Wallach
418 Clairemont Road
Villanova, PA 19085


Matthew Wallach
625 Creighton Rd
Villa, PA 19085


MATTHEW WALLACH
625 Creighton Rd
Villanova, PA 19085


MATTHEW WALLACH
625 Creighton Road
Villanova, PA 19085


MAYER FAMILY TRUST UAD 04/22/05 KEVIN MA
14007 AUBREY ROAD
BEVERLY HILLS, CA 90210


MCEWAN-LANE FAMILY TRUST UAD 04/03/19 PA
2185 ALAMEDA DIABLO
DIABLO, CA 94528

MCEWAN-Lane Family Trust UAD 04/13/19 Pa
2185 Alameda Diablo
Diablo, CA 94528


MELISSA CANTACUZENE 2007 REVOCABLE TRUST
C/O MEYER HANDELMAN COMPANY
800 WESTCHESTER AVENUE, SUITE S-618
RYE BROOK, NY 10573


MELISSA CANTACUZENE 2007 REVOCABLE TRUST
22551 TAIL RACE RD
ALDIE, VA 20105


MELISSA SULLIVAN
137 PERUVIAN AVE.
PALM BEACH, FL 00033-4980


Mezei GST Trust U/A/D 03/19/00 Leonard M
207 W 25th Street
9th Floor
NY, NY 10001


Mezei GST Trust UAD 03/19/10 Leonard Mez
207 W 25th Street 9th FL
NY, NY 10001


MICHAEL BURSKEY SUSAN BURSKEY JTTEN
910 SUNNINGDALE DRIVE
Bloomfield, MI 48302


MICHAEL CANTACUZENE, TTEE OF THE MICHAEL
3801 FULTON ST NW
WASHINGTON, DC 20007-1345


MICHAEL CANTACUZENE, TTEE OF THE MICHAEL
3801 FULTON STREET, NW
WASHINGTON, DC 20007


MICHAEL CHLOPAK DONNA CHLOPAK JT TEN
1 CLARIDGE DR PH 14
VERONA, NJ 07044-3050


Michael Cohn & Paula Cohn, JT Ten
619 Eldorado Dr.
Elizabethtown, KY 42701

Michael Cohn Paula Cohn JT TEN
619 El Dorado Drive
Elizabethtown, KY 42701


MICHAEL COHN PAULA COHN JT TEN
619 El Dorado Drive
Elizabethtown, KY 42701


MICHAEL COHN PAULA COHN JT TEN
619 ELDORADO DR
ELIZABETHTOWN, KY 42701


MICHAEL D MILLER
19905 N 94TH WAY
SCOTTSDALE, AZ 85255


MICHAEL D MILLER
19905 N 94TH WAY
SCOTTSDALE, AZ 85255-5575


Michael David Walker
30 Chantry Road
Birmingham B138DH
United Kingdom


Michael E. Sherman
54 Butler St
Brooklyn, NY 11231


MICHAEL E. SHERMAN
1415 2nd Street, Unit 626
Sarasota, FL 34236


MICHAEL E. SHERMAN
1415 2ND ST., UNIT 626
SARASOTA, FL 34236


Michael Fedida
824 Hemlock Court
Norwood, NJ 07648


Michael Fedida
10 Hamlet Drive
Frainview, NY 11803

MICHAEL FEDIDA
10 HAMLET DR
PLAINVIEW, NY 11803-1531


MICHAEL J. BURSKEY SUSAN H BURSKEY
910 SUNNINGDALE DR
BLOOMFIELD, MI 48302


Michael J. Burskey Susan H. Burskey JT T
910 Sunningdale Drive
Bloofield, MI 48302


Michael J. Burskey Susan H. Burskey JT T
910 Sunningdale Drive
Bloomfield, MI 48302


Michael J. Burskey Susan H. Burskey JT T
910 SUNNINGDALE DR
BLOOMFIELD HILLS, MI 48302


Michael L. Meyer Living Trust U/A/D 07/1
180 Newport Center Drive
Ste 230
Newport Beach, CA 92660


Michael L. Meyer Living Trust UAD 07/14/
180 Newport Center DR
STE 230
Newport Beach, CA 92660


MICHAEL L. MEYER LIVING TRUST UAD 07/14/
180 NEWPORT CENTER DR
STE 230
NEWPORT BEACH, CA 92660-0903


Michael Sherman
54 Butler Street
Brooklyn, NY 11231


MICHAEL SIEGER PAULA SIEGER JT TEN
37855 JACKSON RD
MORELAND HLS, OH 44022

MICHAEL SIEGER PAULA SIEGER JT TEN
37855 JACKSON RD
MORELAND HLS, OH 44022-1913

Micheal Chlopak Donna Chlopak JT TEN
1 Claridge Drive
PH 14
Verona, NJ 07044

MONTE AND JANET ANGLIN REVOCABLE LIVING
1295 Meridian Ranch Dr
Reno, NV 89523

Monte D Anglin Janet S Anglin JT TEN
1295 Meridian Ranch Drive
Reno, NV 89523

MSKCC

MUNIR VORA MONA VORA JT TEN
10735 Orline Ct
Cupertino, CA 95014-4351

MUNIR VORA MONA VORA JT TEN
10735 ORLINE CT
CUPERTINO, CA 95014-4351

Myonex, LLC
100 Progress Drive
Horsham, PA 19044

Nadel, Steven
1388 Heller Dr
Yardley, PA 19067-2714

Natalie McDonald
32 Dominick Street
New York, NY 10013

Nathan Dowden
4 Goddu Avenue
Winchester, MA 01890

Neil Wasserman
3620 38th st
NW / F264
Washington, DC 20016


Neil Wasserman
3839 Rodman St., NW /
Apt A31


NEVADA VENTURE ASSOCIATES
22830 SAN JUAN RD
CUPERTINO, CA 95014


New Jersey Division of Taxation
Compliance & Enforcement - BK
3 John Fitch Way, 5th Fl
PO Box 245
Trenton, NJ 08695-0245


NEWTON FAMILY LLC
903 TURKEY RUN ROAD
MCLEAN, VA 22101


NEWTON FAMILY LLC
903 TURKEY RUN ROAD
MCLEAN, VA 22101


NGT BioPharma Consultants, LLC
4 Jeremy Drive
East Lyme, CT 06333


NICKITAS PANAYOTOU
22200 Redington Rd
Hillsborough, CA 94010


NICKITAS PANAYOTOU
2200 REDINGTON RD
HILLSBOROUGH, CA 94010


NICKITAS PANAYOTOU
2200 Redington Road
Hillsborough, CA 94010

NIEL WASSERMAN TOD DTD 02/25/2022
3839 RODMAN ST. NW/
APT A31
WASHINGTON, DC 20016


NJ Division Of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


NOLA HOLDINGS, LLC
416 VINCENT AVE.
METAIRIE, LA 70005


NOLA HOLDINGS, LLC.
416 VINCENT AVE.
MATAIRIE, LA 70005


NOOR A. SHERIFF TOD DTD 02/25/2022
JAMJOOM PHARMACEUTICALS
P.O. BOX 6227
JEDDAH 21442-0000
SAUDI ARABIA


NOOR A. SHERIFF TOD DTD 02/25/2022
P.O. BOX 6267
JEDDAH 21442


Nora W. Wong 2012 Descendants Trust UAD
1313 N. Market St.
Suite 5300
Wilmington, DE 19801


Nora W. Wong 2012 Descendants Trust UAD
1313 N. MARKET ST. SUITE 5300
WILMINGTON, DE 19801


Northlea Partners LLLP
2365 NW 41st ST
Boca Raton, FL 33431


NORTHLEA PARTNERS LLLP
2365 nw 41st street
boca raton, FL 33431

```
NORTHLEA PARTNERS LLLP
7235 PROMENADE DRIVE
SUITE J-202
BOCA RATON, FL 33433


Northlea Partners, LLLP
2365 NW 41st Street
Boca Raton, FL 33431


OLIVER CHATTEN
NEWHAGGARD LANE
TRIM MEATH
IRELAND


Oliver Chrzan
86 Washington Street
Newton, MA 02458


Oliver Chrzan
86 WASHINGTON ST
NEWTON, MA 02458


OLIVER CHRZAN
86 WASHINGTON ST
NEWTON, MA 02458


Orca Capital GMBH
Spelring 2
Pfaffernhofen 85276-0000
Germany


ORCA CAPITAL GMBH
SPERLRING 2
HETTENSHAUSEN 85276-0000
GERMANY


OriginLab Corporation
1 Roundhouse Plaza
Northampton, MA 01060


OriginLab Corporation
1 Roundhouse Plaza
Northampton, MA 01060
```

OSI Holdings, LLC
1551 Dunwoody Village Parkway
Unit 888472
Atlanta, GA 30356-0116


OSI HOLDINGS, LLC
1551 DUNWOODY VILLAGE PARKWAY
UNIT 888472
ATLANTA, GA 30357


Pace Analytical
PO Box 681088
Chicago, IL 60695


PACIFIC GRINGAS ASHLEY GRINGAS TEN COM
2230 SMALLWOOD DR
FORT COLLINS, CO 80528


Pall Corporation
25 Harbor Park Drive, Port Washington, N
25 Harbor Park Drive, Port Washington, N
Port Washington, MA 41905


Parul Patel
400 Massachusetts Ave
#712
Washington, DC 20001


PASE TRUST DTD 6/4/2001 UAD 06/01/01 STE
2625 ALCATRAZ AVE., #244
BERKELEY, CA 94705


Patel, Hiral
30 Fiume St
Iselin, NJ 08830-1405


Patel, Vaibhav D
6603 Spruce Mill Dr
Morrisville, PA 19067


Patel, Vaibhav D
6603 Spruce Mill Dr
Morrisville, PA 19067

Patricia Veduin
4108 Promenade Blvd
Fair Lawn, NJ 07410

Patricia Verduin
4108 Promenade BLVD
Fair Lawn, NJ 07410

PATRICIA VERDUIN
602 Higgins Avenue
Suite 1 PBM 282
Brielle, NJ 08730

PATRICK T LEE
423 7TH STREET
BROOKLYN, NY 11215

PATRICK T. LEE TOD DTD 10//20/2014
73 Stearns Rd
Brookline, MA 02446-6609

Paul D Ehrman
333 East 34 Street #31
New York, NY 10018-4977

Paul Francis
1385 Park Lane
Pellam, NY 10803

PAUL FRANCIS
1384 PARK LANE
PELHAM, MY 10803

Paul Ingrassia Lynn Ingrassia JT TEN
238 North Street, Rye
NY, NY 10580

Paul Ingrassia Lynn Ingrassia JT TEN
150 NORTH SHORE POINT
INDIAN RIVER SHORES, FL 32963

PAUL INGRASSIA LYNN INGRASSIA JT TEN
150 North Shore Point
Vero Beach, FL 32963

PAUL WAGNER
100 CALLE DEL MUELLE #21003
SAN JUAN, PR 00901


Peas Trust DTD 12/27/2012 S Berger & P H
2625 Alcatraz Ave
Berkeley, CA 94705


PEAS TRUST DTD 12/27/2012 UAD 12/27/12 S
2625 ALCATRAZ AVE., #244
BERKELEY, CA 94705


Peevey, Rick
150 Waterview Dr
Glenmoore, PA 19343-2031


Peevey, Rick
150 Waterview Dr
Glenmoore, PA 19343-2031


Peter A Pogany
1 Pine Meadow Lane
Gladstone, NJ 07934-2169


PETER A POGANY
838 BARCARMIL WAY
NAPLES, FL 34110-0900


Peter B. Rauenbuehler & Mary L. Mines Li
165 Rizal Dr.
Hillsborough, CA 94010


Peter D. Brundage
6613 Golf Dr.
Dallas, TX 75205


Peter D. Brundage
6613 Gold Drive
Dallas, TX 75205


Peter D. Brundage
6613 Golf Dr
Dallas, TX 75205

Peter D. Brundage
6613 Golf Dr
Dallas, TX 75205


PETER D. BRUNDAGE
6613 GOLF DR
DALLAS, TX 75205


Peter D. Schiffrin
4519 River Road NW
Washington, DC 20016


Peter J. Vincent
40 Jacks Farm Way
Highhams Park


Peter John Freix
Data Center Warehouse
23041 Aveida De La Carlota, Suite 200
Laguna Hills, CA 92653


PETER JOHN FREIX
40 SIDRA COVE
NEWPORT COAST, CA 92657


PETER JOHN VINCENT
40 Jacks Farm Way
Highhams Park


PETER JOHN VINCENT
40 JACKS FARM WAY
LONDON E4 9AQ


Peter Vincent
40 Jacks Farm Way
London E49AQ


PETER W. CHOO
12 LANCASTER STREET
CAMBRIDGE, MA 02140


Pharma Safety Solutions, LLC
16333 Valhalla Drive
Noblesville, IN 46060

Pharmaceutics International Inc.
10819 Gilroy Road
Cockeysville, MD 21031


Philip D. G. Harden
Barlows Frieth
Henley On Thames RG96PR
United Kingdom


Philip Pfeffer & Pamela Pfeffer TEN ENT
5252 62nd Avenue S
St. Petersburg, FL 33175


Philip Pfeffer Pamela K. Pfeefer Ten Ent
5252 62nd Avenue South
St Petersburg, FL 33715


PHILIP PFEFFER PAMELA K. PFEFFER TEN ENT
5252 62ND AVE. SOUTH
ST. PETERSBURG, FL 33715


PHILLIP DAVID MERVIS SHERYL FACKTOR JT T
4265 N PENNSYLVANIA
INDIANAPOLIS, IN 46205


POH EAN CHUA
23 ARBOR GLN
NEW ROCHELLE, NY 10801


Precision Oncology
200 Route 31 North
Suite 102
Flemington, NJ 08822


Precision Oncology
200 Route 31 North, Suite 102
Flemington, NJ 08822


Princeton Corporate Plaza, LLC
7 Deer Park Drive, Suite A
Monmouth Junction, NJ 08852

Process Plus
135 Merchant St
Suite 300
Cincinnati, OH 45246


Pruitt Enterprises, LP
274 Veleros Court
Coral Gables, FL 33143


Pruitt enterprises, LP
274 Velertos Court
Coral Gables, FL 33143


PRUITT ENTERPRISES, LP
274 VELEROS CT
CORAL GABLES, FL 33143-6528


PSE&G - Gas-2107
PO Box 14444
New Brunswick, NJ 08906-4444


Pumas-AI Inc
3500 South Dupont Highway
Suite GT-101
Dover, DE 19901


PURANIK REVOCABLE TRUST UAD 09/27/00 RAJ
19928 Twilight Court
Cupertino, CA 95014


PURANIK REVOCABLE TRUST UAD 09/27/00 RAJ
19928 TWILIGHT CT
CUPERTINO, CA 95014-2304


RADE B VUKMIR
95 PINK HOUSE LN
SEWICKLEY, PA 15143-9472


Randy Grellner
934 E. 14th Street
Cushing, OK 74023


RANDY J. GRELLNER & SHELLEY J. GRELLNER
934 E 14TH STREET
Cushing, OK 74023

Randy J. Grellner and Shelly J. Grellner
934 E 14th St
Cushing, OK 74023

Randy J. Grellner Shelley J Grellner JT
934- E 14th St
Cushing, OK 74023

RANDY J. GRELLNER SHELLEY J GRELLNER JT
934 EAST 14TH ST
CUSHING, OK 74023

Raymond Debbane
10 Quail Road
Greenwich, CT 06831

Raymond Debbane
10 Qual Road
Greenwich, CT 06831

RAYMOND DEBBANE
10 QUAIL ROAD
GREENWICH, CT 06831-3369

Raymond L.M. Wong
138 Hillcrest Ave
Summit, NJ 07901

Raymond L.M. Wong
138 Hillcrest Avenue
Summit, NJ 07901

Raymond L.M. Wong
138 Hillcrest Ave
Summit, NJ 07901

Raymond L.M. Wong
138 HILLCREST AVE
SUMMIT, NJ 07901

Reddick, Catherine
472 Berkeley Ave
Orange, NJ 07050-2107

Reddick,Catherine
472 Berkeley Ave
Orange, NJ 07050-2107


REED GRAY EDMISTON
94 TREADWELL AVE
MADISON, NJ 07940


Renee Herzing Irrevocable Trust U/A/D 4/
1660 N Prospect Ave
Unit 1009
Milwaukee, WI 53202


RENEE K. HERZING FELIX R. BURKARD JT TEN
4090 N. LAKE DRIVE
SHOREWOOD, WI 53211


Renee K. Herzing Revocable Trust UAD 02/
4090 N lake Drive
Shorewood, WI 53211


RENEE K. HERZING REVOCABLE TRUST2018 UAD
4090 N. LAKE DRIVE
SHOREWOOD, WI 53211


Repligen Corporation
41 Seyon St Suite 100
Waltham, MA 02453


Repligen Corporation
41 Seyon St Suite 100
Waltham, MA 02453


RICHARD A. HANDELMAN
51 LINCOLN RD
SCARSDALE, NY 10583


Richard Alan Graham & Hiba T. Graham JT
1437 Balboa Avenue
Burlingame, CA 94010


RICHARD ALAN GRAHAM HIBA T GRAHAM JT TEN
1437 Balboa Ave
Burlingame, CA 94010

RICHARD ALAN GRAHAM HIBA T GRAHAM JT TEN
8115 Doug HL
San Diego, CA

Richard Alan Graham Hiba T Granham JT TE
1437 Balboa Ave
Burlingana, CA 94010

Richard J Grellner

RICHARD J GRELLNER
434 nw 18th
okc, OK 73103

Richard J. Grellner
434 NW 18th St.
Oklahoma City, OK 73103

Richard Joseph Shea & Tracey Bolyard She
903 Walcott Way
Cary, NC 27519

Richard Joseph Shea Tracey Bolyard Shea
903 Walcott Way Cary
Cary, NC 27519

RICHARD JOSEPH SHEA TRACEY BOLYARD SHEA
903 Walcott Way
Cary, NC 27519

RICHARD JOSEPH SHEA TRACEY BOLYARD SHEA
903 Walcott Way
Cary, NC 27519

Richard Martin Reiter
889 Tyner Way
Incline Village, NV 89451

Richard Martin Reiter

Richard Pilnik
400 Alton Road
Aptl 1706
Miami Beach, FL 33139


Richard Pilnik
400 Alton Road
Apt 1706
Miami Beach, FL 33139


Richard Pilnik
400 Alton Road
Apt 1706
Miami Veach, FL 33139


Richard Pilnik
400 Alton Road
Apt 1706
Miami Beach, FL 33139


RICHARD PILNIK
400 ALTON ROAD APT 1706
MIAMI BEACH, FL 33139-6746


Richard Reiter


Richman Trust DTD 06/02/1983 UAD 06/02/8
9551 La Jolla Farms Road
La Jolla, CA 92037


RICHMAN TRUST DTD 06/02/1983 UAD 06/02/8
9551 LA JOLLA FARMS ROAD
LA JOLLA, CA 92037


Richman Trust DTD 6/3/1983, Douglas Rich
9551 La Jolla Farms Road
La Jolla, CA 92037


RICK D MACE
6506 TILDEN LANE
ROCKVILLE, MD 20852

Robert Bahr
41 Cooke Street
Providence, RI 02906


Robert Bahr
41 cooked St
Providence, RI 02906


Robert Baldwin Wetzel
69 Notre Dame Drive
St. Louis, MO 63144


ROBERT BALDWIN WETZEL
69 NOTRE DAME DRIVE
ST. LOUIS, MO 63141


Robert Ertner
19 Gwynn Bridge Court
Chico, CA 95926-2083


Robert Ertner
19 Guynn Bridge CT
Chico, CA 95926


ROBERT ERTNER
19 GUYNN BRIDGE CT
CHICO, CA 95926-2083


ROBERT ESSNER
1301 WESTWAY DRIVE
SARASOTA, FL 34236


Robert Frome
180 E. 79th Street
New York, NY 10075


ROBERT GRAY EDMISTON REVOCABLE TRUST
8  Corbin Drive
Cincinnati, OH 45202


ROBERT GRAY EDMISTON REVOCABLE TRUST UAD
8 Corbin Drive
Cincinnati, OH 45208

Robert Hess & Jennifer Leeds 2014 Revoc
654 Center Street
Walnut Creek, CA 94595

Robert Hess And Jennifer Leeds 2014 Revo
654 Center Street Walnut Centre

ROBERT M NEWSOME
107 Mockingbird Lane
Fairhope, AL 36532

Robert M. Newsome
107 Mockingbird Lane
Fairmope, AZ 36532

Robert M. Newsome
107 Mockingbird LN
Fairhope, AL 36532

Robert N Garff

Robert Roche Associates, LLC
PO Box 880
Pocono Pines, PA 18350

Robert Roche Associates, LLC
PO Box 880/2404 Overlook Lane
Pocono Pines, PA 18350

ROBERT ROCHE ASSOCIATES, LLC
PO BOX 880
POCONO PINES, PA 18350-0880

Robert Ruffolo
725 Pughtown Rd
Spring City, PA 19475

Robert S. Colman Trust U/D/T 3/13/85
P.O. Box 7370
Ketchum, ID 83340

Robert S. Colman Trust UDT 3/13/1985 UAD
P.O Box 7370
Ketchum, ID 83340


ROBERT S. COLMAN TRUST UDT 3/13/1985 UAD
PO Box 7370
Ketchum, ID 83340-7121


ROBERT S. COLMAN TRUST UDT 3/13/1985 UAD
PO BOX 7370
KETCHUM, ID 83340


ROBERT S. COLMAN TRUST UDT 3/13/1985 UAD
PO BOX 7370
KETCHUM, ID 83340-7121


ROBERT SEMMENS SUSAN SEMMENS JT TEN
539 2ND ST
BROOKLYN, NY 11215


ROBIN J. STEELE TRUST UAD 01/30/15 ROBIN
PO BOX 626
STINSON BEACH, CA 94970


Robin Rothstein & Jeffrey Rothstein Comm
14673 Deervale Place
Sherman Oaks, CA 91403


Robin Rothstein Jeffrey Rothstein
14673 Deervale Place
Sherman Oaks, CA 91403


Rockledge Associates, LLC
18 Rockledge Road
Rye, NY 10580


Rockledge Associates, LLC
18 Rockledge Road
Rye, NY 10580


Rohit Khanna
51 Pine Street
Dover, MA 02030

ROHIT KHANNA
300 PIER 4 BLVD
UNIT 7G
BOSTON, MA 02210


Ron Eller & Beth Eller, JT TEN
420 Monroe St.
Denver, CO 80206


Ronald Artinian
230 Augusta Court
Roslyn, NY 11576


Ronald Artinian
203 Augusta
Roslynn, NY 11576


RONALD ARTINIAN
700 SOUTH OCEAN BLVD
UNIT 206
BOCA RATON, FL 33432-6336


Ronald Burch
11140 NW Quiet Waters Way
Seaback, WA 98380


RONALD BURCH
11400 MW QUIET WATERS WAY
SEABECK, WA 98380


Rudick, Paul L
8860 Towanda Street
Philadelphia, PA 19118


Rudick, Paul L
8860 Towanda Street
Philadelphia, PA 19118


RUSSEL L. AGRUSA
197 FAR REACH ROAD
WESTWOOD, MA 02090


Russell A. Hagey
2324 Vallejo St.
San Franciso, CA 94123

RUSSELL A. HAGEY
2324 VALLEJO STREET
SAN FRANCISCO, CA 94123-4712


S Barhop Investments, Ltd.
10001 Reunion Place
Ste 230
San Antonio, TX 78216


S. BARSHOP INVESTMENTS, LTD
10001 Reunion Pl
STE 230
San Antonio, TX 78216-4105


S. Barshop Investments, LTD.
10001 Reunion Place
Suite 230
San Antonio, TX 78216


S. BARSHOP INVESTMENTS, LTD.
10001 Reunion Place
Suite 230
San Antonio, TX 78216


Safehaven-Consulting Services, LLC
337 Long Ridge Lane
Exton, PA 19341


Safety Partners, Inc.
19-A Crosby Drive
Suite 300
Bedford, MA 01730


SAI LIFE SCIENCES LIMITED
OFFICE # L4-01 & 02
SLN TERMINUS, GACHIBOWLI
HYDERABAD, India 500 032


Sally Keefe


SAMER GARAS
4127 Ortega Blvd
Jacksonville, FL 32210

SAMER GARAS
4127 ORTEGA BLVD
JACKSONVILLE, FL 32210-4421


Samir Mammadov
10 Pine Lodge Place
The Woodlands, TX 77382


Samir Mammadov
10 Pine Lodge Place
The Woodlands, TX 77382


SAMIR MAMMADOV
10 PINE LODGE PLACE
THE WOODLANDS, TX 77382-2014


Samuel R. Nussbaum
21 Southmoor Dr.
Clayton, MO 63105


Samuel R. Nussbaum
21 Southmoor Dr
Clayton, MO 63105


SANJAY ARORA
1701 BHARAT SKY VISTAS-A, D.N.
NAGAR ANDHERI
MUMBAI 00400-0053
INDIA


Santa Barbara Ventures LLC
1356 East Valley Road
Santa Barbara, CA 93108


Santa Barbara Ventures, LLC
330 Paso Robles Drive
Santa Barbara, CA 93108


SANTA BARBARA VENTURES, LLC
1356 EAST VALLEY RD
SANTA BARBARA, CA 93106


Santuccio Ricciardi
4307 Olde Charted Trail
Youngstown, OH 44514

Santuccio Ricciardi
4307 Olde Charted TRL
Poland, OH 44514


SciSafe, Inc.
3303 Monte Villa Parkway Suite 310
Bothell, WA 98021


Scocca, Marion M
31 Whittier Street
Melrose, MA 02176


Scocca,Marion M
31 Whittier Street
Melrose, MA 02176


SCOTT M. HANDELMAN
78 CROSS COUNTRY TRAIL
STAMFORD, CT 06903


Seas Trust DTD 12/27/2012 Steven Berger
2625 Alcatraz Ave
Berkeley, CA 94705


SEAS TRUST DTD 12/27/2012 UAD 12/27/12 S
2625 ALCATRAZ AVE.
#244
BERKELEY, CA 94705


Securities Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616


SEPS Inc.
109 Urban Avenue
Westbury, NY 11590


Serum International B.V.
Strawsinskyloon 9371077XX
Amsterdam
Netherlands

Shamus, LLC.
11150 Santa Monica Blvd
STE 1400
Los Angeles, CA 90025-6390


Shand Family Trust


Sharen J Turney Charles A Turney JT TEN
One Bbottomley Crescent
New Albany, OH 43054


SHARON GLASSER
29 Northshore Rd #5
Swampscot, MA 01907


SHASHANK UPADHYE SHILPA UPADHYE JT TEN
418 PHILLIPPA STREET
HINSDALE, IL 60521


SHEPHERD 98 LLC
420 Monroe St
Denver, CO 80206


SHEPHERD 98 LLC
420 MONROE ST
DENVER, CO 80206


SHEPHERD 98, LLC
420 Monroe St.
Denver, CO 80206


Shepherd 98, LLC
420 Monroe Street
Denver, CO 80206


Sherry Casali
819 Enterprise Dr.
Verona, WI 53593


Sherry Casali
810 Enterprise Dr.
Verona, WI 53593

Shield Street Capital LLC
499 Park Avenue Floor 16
NY, NY 10022


Shield Street Capital LLC
101 WORTH AVENUE 4D
PALM BEACH, FL 33480


SHIELD STREET CAPITAL LLC
101 Worth Avenue
Palm Beach, FL 33480


Shilpa Pharma Life Science Limited
#12-6-214/A-1 Shilpa House
Hyderabad Road
Raichur, India 00058-4135


SIERRA BLANCA LLC
1718 CAPITOL AVE
CHEYENNE, WY 82001-4528


SIERRA BLANCA LLC.
4000 SHADOW OAK LANE
AUSTIN, TX 78746


Sigma-Aldrich Inc.
PO Box 734283
Atlanta, GA 60673-4283


Silicon Valley Bank


SJM REVOCABLE TRUST UAD 10/20/19 STEPHEN
30 W 26TH ST
NEW YORK, NY 10010-2011


Social Security Administration
OGC Program Litigation
Attn: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235


SPENCER JAMES CROCKER
PO BOX 171163
Holladay, UT 84117

STA Pharmaceutical Hong Kong Limited
Unit C, 20/F., OfficePlus @ Mong Kok
No. 998 Canton Road
Kowloon, Hong Kong


STA Pharmaceutical Hong Kong Limited
Unit C, 20/F., OfficePlus @ Mong Kok
No. 998 Canton Road
Kowloon, Hong Kong


STANLEY M MARKS
28 WOODLAND RD
PITTSBURGH, PA 15232-2814


Stanley M. Marks
720 Filbert St.
Pittsburgh, PA 15232


Stanley M. Marks
720 Filbert St
Pittsburgh, PA 15232


Stanley M. Marks
720 Filbert Street
Pittsburgh, PA 15232-2404


STANLEY WAINTRAUB CHARNIE WAINTRAUB JT T
480 WINTHROP RD
TEANECK, NJ 07666


STANLEY WAINTRAUB CHARNIE WAINTRAUB JT T
480 WINTHROP ROAD
TEANECK, NJ 07666


Statewide Conditioning Inc.
6200 Main Street
South Amboy, NJ 08879


Steffen Naumann
10 Stanley Mound Road
Stanley
Hong Kong SAR

```
STEPHEN B CONNOR
193 OLD BOSTON ROAD
WILTON, CT 06897


Stephen Bender
16 Peppermill Lane
Dix Hills, NY 11746


STEPHEN BENDER
16 PEPPERMILL LANE
DIX HILLS, NY 11746-5427


Stephen Cutler
6145 Greenhill Road
New Hope, PA 19938


Stephen Cutler
6145 GREENHILL RD.
NEW HOPE, PA 18938


Stephen J. Meringoff
30W 26th ST Fl 8
New York, NY 10010


STEPHEN M PAYNE
7185 OLD HWY 13
CARBONDALE, IL 62901


Stephen M. Payne
1185 Old Hy 13
Can Bon Dale, IL 62981


STEPHEN M. TRAUBER LETICIA F TRAUBER JT
3404 DEL MONTE DR
HOUSTON, TX 77019


Stephen Maxwell Trauber Leticia Fernande
3404 Del Monte
Houston, TX 77019


Stephen Maxwell Trauber Leticia Fernande
N/A
```

STEPHEN MERINGOFF
30 West 26th Street
Fl 8
New York, NY 10010


STEPHEN MUT
102 Glenmoor Lane
Cherry Hills Village, CO 80113


Stephen or Shari Bender


Stephen Payne
7185 Old Highway
Cardonadel, IL 62901


Steven & Kaye Yost Family Trust UAD 02/0
1265 Lynnmore Dr.
Thouscent Oaks, CA 91360


Steven & Kaye Yost Family Trust UAD 02/0
1265 Lynnmere Drive
Thosuand Oalks, CA 91360-1946


STEVEN & KAYE YOST FAMILY TRUST UAD 02/0
1265 LYNNMERE DR
THOUSAND OAKS, CA 91360-1946


Steven and Kaye Yost Family Trust U/A/D
1265 Lynnmere Dr.
Thousand Oaks, CA 91360


STEVEN FARBER
9 DANIEL DRIVE
GLEN COVE, NY 11542


Steven Goodman and Helane B. Goodman JTT
5 Hemlock Dr.
Glen Head, NY 11545


STEVEN H. ORAM 2012 DESCENDANTS TRUST UA
1101 WOOTTON PARKWAY
ROCKVILLE, MD 20852

STEVEN J. LABOVITZ
5655 GLEN ERROL RD
ATLANTA, GA 30327-4853


STEVEN STUART
5 SUNSET LANE
RYE, NY 10580


STEVEN STUART
5 SUNSET LN
RYE, NY 10580-1623


STEWART A. KOHL 2ND RESTATEMENT OF DECLA
TERMINAL TOWER
#2900 50 PUBLIC SQUARE
CLEVELAND, OH 44114


STEWART A. KOHL RESTATEMENT OF DECLARATI
TERMINAL TOWER, #2900, 50 PUBLIC SQUARE
CLEVELAND, OH 44113


Stewart William McCallum Trisha Ann McCa
1401 Kyneton Rd.
Villanova, PA 19085


STEWART WILLIAM MCCALLUM TRISHA ANN MCCA
1401 KYNETON RD
VILLANOVA, PA 19085


Strypemonde Foundation UAD 07/20/99 Paul
1385 Park Lane
Pellam, NY 10803


STRYPEMONDE FOUNDATION UAD 07/20/99 PAUL
1384 PARK LANE
PELHAM, MY 10803


Sudarshan Hebbar
4342 Rock Hill Road
Suite 300
Kansas City, MO 64110


SUDARSHAN HEBBAR
14 HAMPTON LN
BLUFFTON, SC 29910

Sundeep Dev
6804 Cheyenne Trail
Edina, MN 55439-1157


SUNDEEP DEV
6804 CHEYENNE TRAIL
EDINA, MN 55439


Syndergize Trust U/A/D 12/18/15 Ruchir S
11834 N 142nd St.
Scottsdale, AZ 85259


Synergize trust UAD 12/18/15 Ruchir Sehr
11834 N 142 Street
Scottsdale, AZ 85259-3791


SYNERGIZE TRUST UAD 12/18/15 RUCHIR SEHR
16580 N 92ND ST
UNIT 3001
SCOTTSDALE, AZ 85260


Tad Sanders
1415 Baird Road
Santa Rosa, CA 95409


Tad Sanders
1415 Baird Road
Santa Rosa, LA 95409


TAD SANDERS
1415 BAIRD ROAD
SANTA ROSA, CA 95409


Tax Assessor
Borough of Monmouth Beach
18 Willow Ave
Monmouth Beach, NJ 07750


Taylor W. Lawrence Family Trust U/A/D 10
527 W. Tortolita Mountain Circle
Oro Valley, AZ 85755


Taylor W. Lawrence Family Trust U/A/D 10
527 W Tortolita Mountain Cir
Oro Valley, AZ 85755

Taylor W. Lawrence Family Trust UAD 10/2
527 W Tortolik Mtn cir
Orovelley, AZ 85755


TAYLOR W. LAWRENCE FAMILY TRUST UAD 10/2
527 W. TORTOLITA MOUNTAIN CIRCLE
ORO VALLEY, AZ 85755-5941


TAYLOR W. LAWRENCE FAMILY TRUST UAD 10/2
527 W TORTOLITA MOUNTAIN CIR
ORO VALLEY, AZ 85755


TeamLogic IT
1572 US Route 130
North Brunswick, NJ 08902


TeamViewer
Bahnhofsplatz 273033
Göppingen
Germany


Teresa M. Ressel & Frederick C. Ressel J
1528 Angel Drive
Sanibel, FL 33957


Teresa M. Ressel Revocable Trust U/A 4-2
1528 Angel Drive
Sanibel, FL 33957


The B&E Siliezar Trust UAD 12/18/13 Byro
8279 Alvord Street
McLean, VA 22102


The B&E Siliezar Trust UAD 12/18/13 Byro
8279 ALVORD STREET
MCLEAN, VA 22102


THE B&E SILIEZAR TRUST UAD 12/18/13 BYRO
8279 ALVORD STREET
MCLEAN, VA 22102


The Bahr Family Limited Partnership
41 Cooke Street
Providence, RI 02906

The Bahr Family Limited Partnership
PO Box 392
88 Chase Point Road
Mirror Lake, NH 03853


THE BAHR FAMILY LIMITED PARTNERSHIP
PO BOX 392 88 CHASE POINT ROAD
MIRROR LAKE, NH 03853-0392


The Carnahan Trust UA 8/11/1995


THE CHARLES S FABER REVOCABLE TRUST UAD
7286 Belleiste Glen
Lakewood Beach, FL 34202


THE CHARLES S FABER REVOCABLE TRUST UAD
7286 BELLEISLE GLN
LAKEWOOD RCH, FL 34202-5696


THE CHRISTOPHER S. BIGNELL 2019 TRUST UA
23 SENATOR DR E
LONGMEADOW, MA 01028-2645


THE DENNIS & LEILANI SOLHEIM FAMILY TRUS
387 FIRELIGHT DRIVE
SANTA ROSA, CA 95403


The Diana & David Freshwater Living Trus
1915 El Camino Miraval
Tucson, AZ 85718


THE G. HAROLD & LEILA Y. MATHERS FOUNDAT
800 WESTCHESTER AVENUE. SUITE N-503
RYE BROOK, NY 10573


THE G. HAROLD & LEILA Y. MATHERS FOUNDAT
C/O MEYER HANDELMAN COMPANY
PO BOX 817
PURCHASE, NY 10577


The GOG Foundation, Inc.
3168 Braverton Street
Suite 280
Edgewater, MD 21037

THE HSS LEGACY TRUST UAD 12/16/21 HOUMAN
11974 MAYFIELD AVE UNIT 8
LOS ANGELES, CA 90049-7211


THE JACOBSON SORENSEN REV TR UAD 03/26/0
1475 Edgewood Drive
Palo Alto, CA 94301


THE JACOBSON SORENSEN REV TR UAD 03/26/0
1474 EDGEWOOD DRIVE
PALO ALTO, CA 94301


THE JACOBSON SORENSEN REV TR UAD 03/26/0
1474 EDGEWOOD DR
PALO ALTO, CA 94301-3119


The Kenneth M. Sutin MD Revocable Trust
419 West 55th Street
Apt 1C
New, York 10019-0000


THE KENNETH M. SUTIN MD REVOCABLE TRUST
419 W 55TH ST, 1C
NY, NY 10019


The Kenneth M. Sutin, MD. Revocable Trus
44 West 55th St
1C
NY, NY 10019


THE MGFMZF 2020 IRREVOCABLE TRUST UAD 12
24 CLIFFHOUSE BLUFF
NEWPORT COAST, CA 92657


THE MGFMZF 2020 IRREVOCABLE TRUST UAD 12
24 CLIFFHOUSE BLUFF
NEWPORT COAST, CA 92657


THE MICHAEL D. AND MIRIAM MILLER FAMILY
3225 S. MACDILLAVE.
STE 129-380
TAMPA, FL 33629

```
THE NGS DYNASTY TRUST UAD 12/16/21 HOUMA
11974 MAYFIELD AVE
UNIT 8
LOS ANGELES, CA 90049-7211


The Notas Family Trust UAD 08/13/1997 UA
90 Via Aspero
Alamo, CA 94507


THE NOTAS FAMILY TRUST UAD 08/13/1997 UA
90 VIA ASPERO
ALAMO, CA 94507-2755


The Peter Mueller 2006 Revocable Trust U
63 Hammersmith Road
Newport, RI 02480-4262


THE PETER MUELLER 2006 REVOCABLE TRUST U
63 HAMMERSMITH RD
NEWPORT, RI 02840-4262


THE PETER S. FINE & REBECCA AILE S-FINE
4051 E. FANFOL DR
PHOENIX, AZ 85028


THE PETER S. FINE & REBECCA AILES-FINE F
4051 E. FANFOL DR.
PHOENIX, AZ 85028


The R. Scott Greer & Michelle Greer Revo
6207 E. Indian Bend Road
Paradise Valley, AZ 85253


The R. Scott Greer And Michelle Greer Re
6027 Indian Bend RD
Paradise Valley, AZ 85253


The R. Scott Greer And Michelle Greer Re
6207 E. Indian Bend Road
Paradise Vall, AZ 85253


THE R. SCOTT GREER AND MICHELLE GREER RE
6201 N YUCCA RD
PARADISE VALLEY, AZ 85253
```

THE RAVEL FAMILY REVOCABLE TR
3400 CLAY STREET
SF, CA 94118


THE RAVEL FAMILY REVOCABLE TR UAD 05/23/
3400 Clay Street
San Francisco, CA 94118


The Rivkind-Devilliers Trust U/A/D 3/27/
1867 Rising Glen Road
Los Angeles, CA 90069


THE RIVKIND-DEVILLIERS TRUST UAD 03/27/9
1867 RISING
GLEN ROAD, LA 90069


THE ROBERT L. BAHR REVOCABLE TRUST UAD 0
PO BOX 392
MIRROR LAKE, NH 03853-0392


The Shahriyar Baradaran Revocable Trust
414 N Camden Drive
Suite 1240
Beverly Hills, CA 90210


The Shand Family Trust U/A/D 5/7/99 AMD
612 Alston Road
Montecito, CA 93108


THE SHAND FAMILY TRUST UAD 05/07/99 ROBE
1482 EAST VALLEY ROAD
#475
SANTA BARBARA, CA 93108-1200


THE SHAND FAMILY TRUST UAD 05/07/99 ROBE
612 ALSTON ROAD
SANTA BARBARA, CA 93108


The Shand Family Trust UAD 5/7/99 AMD 9/
612 Alston Road
Montecito, CA 93108


THOMAS ANDREW FARRELL
82 ASSABET RD
QUINCY, MA 02169-2418

Thomas G. Mendell Dynasty Trust UAD 12/0
911 Park Ave 12B
New York, NY 11075


THOMAS G. MENDELL DYNASTY TRUST UAD 12/0
911 Park Ave, #12b
NY, NY 10075


THOMAS G. MENDELL DYNASTY TRUST UAD 12/0
911 Park Avenue
Apt 12B
New York, NY 10075


THOMAS GRANEY
88 Pembroke St
Boston, MA 02118


THOMAS GRANEY
88 PEMBROKE ST
BOSTON, MA 21118


THOMAS KERBUSCH & VIRGINIE MM KERBUSCH-H
DE GAMERT 2117
WIJCHEN
THE NETHERLANDS


THOMAS KERBUSCH VIRGINIE MM KERBUSCH-HER
N/A


Thomas N Levin Heather N Levin JT TEN
10147 Devonshire LN
Munster, IN 46321


THOMAS T.F. HUANG REVOCABLE LIVING TR UA
1208 KOLOA ST
HONOLULU, HI 96816


Thomas T.F.Huang Revocable Living Trust
1208 Koloa Street
Honolulu, HI 96816


THYE TRUST UAD 12/13/01 DIRK THYE & NICO
PO BOX 330365
SAN FRANCISCO, CA 94133-0365

Tim Boris
1485 Tunnel Road
Santa Barbara, CA 93105


Timothy Georgelas & Martha Georgelas
6409 Rockbluff Circle
Plano, TX 75024


Timothy Georgelas Martha Georgelas
6409 Rockbloff Cirlce
Plano, TX 75024


TIMOTHY GEORGELAS MARTHA GEORGELAS JT TE
6409 ROCKBLUFF CIRCLE
PLANO, TX 75024


TIMOTHY J. PIRE
333 West Mifflin Street
unit 3010
Madison, WI 53703


TIMOTHY J. PIRE
333 west mifflin street
unit 3010
madison, WI 53703


Timothy P Hanley Monica Hanley TEN COM
9796 Nickel Ridge Cir
Naples, FL 34120


TIMOTHY P HANLEY MONICA HANLEY TEN COM
9796 Nichel Ridge Circle
Naples, FL 34120


TIMOTHY P HANLEY MONICA HANLEY TEN COM
9796 NICKEL RIDGE CIRCLE
NAPLES, FL 34120-4660


Timothy P. Hanley Monica Hanley
N62 W342777 Bayview Rd.
Oconomowoc, WI 53066


TLF Holdings LLC Sierra Series
2226 Cedar Wlm Terrace
Westalke, TX 76262-9027

Township of South Brunswick
540 Ridge Road
Fire Safety Bureau
South Brunswick Township, NJ 08852


Trinet HR III, Inc.
MS-5, PO Box 11107
Tacoma, WA 98411-0107


Trinet HR III, Inc.
MS-5, PO Box 11107
Tacoma, WA 98411-0107


Truetzel Revocable Trust UAD 04/30/08 Da
301 Wyndmoor Terrace Court
Saint Louis, MO 63141


TRUETZEL REVOCABLE TRUST UAD 04/30/08 DA
301 WYNDMOOR TERRACE COURT
TOWN AND COUNTRY, MO 63141


Trust U/W Renee Weiss DTD 05-09-90 Peter
PO Box 1682
Mercer Island, WA 98040


TRUST U/W RENEE WEISS DTD 05-09-90 PETER
PO BOX 1682
MERCER ISLAND, WA 98040


Trust U/W/O Lenore O. FBO James Stern UA
38 Taylor LN
Harrison, NY 10528-1410


TRUST U/W/O LENORE O. FBO JAMES STERN UA
38 TAYLOR LANE
HARRISON, NY 10528


Trust u/w/o Lenore Stern FBO James Stern
38' TAYLOR LANE
HARRISON, NY 10528


Turker, Melik Z.
244 Nassau Street Apt. 4
Princeton, NJ 08542

Turker, Melik Z.
244 Nassau Street Apt. 4
Princeton, NJ 08542


Tyrd Hill LLC c/o J. Brian Potts


TYRD HILL, LLC
320 CONANT ROAD
WESTON, MA 02493-1755


Uline
PO Box 88741
Chicago, IL 60680-1741


Ulrich B. Wiesner
105 White Park Road
Ithaca, NY 14853-1501


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


Uppsala Monitoring Centre
SE-751 40
Uppsala


Uppsala Monitoring Centre
SE-751 40
Uppsala


US Attorney General / DOJ
Ben Franklin Station
PO Box 683
Washington, DC 20044


US Small Business Association
Attn: District Counsel
Two Gateway Center, Suite 1002
Newark, NJ 07102


Vahan Janjigian & Noone Janjigian, JT TE
11 Woodland Drive
Rye Brook, NY 10573

Vahan Janjigian Noone Janjigian JT TEN
11 Woodland Dr.
Rye Brook, NY 10573


VAHAN JANJIGIAN NOONE JANJIGIAN JT TEN
11 Woodland Dr.
Rye Brook, NY 10573


VAHAN JANJIGIAN NOONE JANJIGIAN JT TEN
5 MELODY LN
WAYLAND, MA 01778-2707


VALENTINE NFONGEN NFONSAM
6773 E CALLE DE MIRAR
TUCSON, AZ 85750


Varney Hintlian
4400 GULF SHORE BLVD
NORTH UNIT 104
NAPLES, FL 34103


Varney J. Hintlian
4400 Gulf Shore BLVD North
Unit 104
Naples, FL 34103


VARNEY J. HINTLIAN
4400 GULF SHORE BLVD NORTH
UNIT 104
NAPLES, FL 34103


Venkatesan, Aranapakam M
97-07 63rd Road
Apartment 9K
Rego Park, NY 11374


Venkatesan, Aranapakam M
97-07 63rd Road
Apartment 9K
Rego Park, NY 11374


Ventana Medical Systems, Inc
1910 Innovation Park Drive
Tucson, AZ 85755

Vern Norviel Anne Norviel
4321 Hortensia St
San Diego, CA 92103


Vern Norviel Anne Norviel
4321 HORTENSIA
SAN DIEGO, CA 92103


VERN NORVIEL ANNIE NORVIEL JT TEN
4321 hortensia
San Diego, CA 92103


Victor Family Partnership
401 S. Old Woodward
#333
Birmingham, MI 48009


Voicenext Inc
1301 Route 36 Bldg 1 STE 102
Hazlet, NJ 07730


VWR International, Inc.
P.O. Box 640169
P.O. Box 640169
Pittsburgh, PA 15264-0169


Walter Mullen
9 Lenape Ct
Mount Laurel, NJ 08054-5718


WALTER MULLEN
9 LENAPE CT
MOUNT LAUREL, NJ 08054-5718


Wasabi Investors
464 Riversville
Greenwich, CT 06831-2931


Wasabi Investors
464 Riversville Rd
Greenwich, CT 06831


Watercrest Partners, LP
3705 Watercrest Drive
Plano, TX 75093

WATERCREST PARTNERS, LP
3705 Watercrest Dr
Plano, TX 75093


Watercrest Paterners, LP
3705 Watercrest Drive
Plano, TX 75093


Waters Technologies Corporation
34 Maple Street
Milford, MA 01757


Waters Technologies Corporation
34 Maple Street
Milford, MA 01757


Western Pest Services
947 State Road
Suite 204
Princeton, NJ 08540


Wilhelm Stahl
1989 Belle Avenue
San Carlos, CA 94070


William F Grieco
14 Mellen LN
Wayland, MA 01778


WILLIAM F GRIECO
14 MELLEN LANE
WAYLAND, MA 01778


William Huff
53 Zinnia Ct.
Lake Jackson, TX 77566


William Huff
304 Skipping Cedar Street
San Marcos, TX 78666


WILLIAM HUFF
304 SKIPPING CEDAR ST
SAN MARCOS, TX 78666-3855

WILLIAM HUFF
304 SKIPPING CEDAR ST
SAN MARCOS, TX 78666-3855

William Krywicki & Nancie Krywicki, Jt T
40 Pinecone Lane
Shavertown, PA 18708

William Krywicki Nance Krywicki JT TEN
40 Pinecone Lane
Shavertown, PA 18708

WILLIAM KRYWICKI NANCIE KRYWICKI JT TEN
40 PINECONE LANE
SHAVERTOWN, PA 18708

WILLIAM N STRAWBRIDGE
11 GRACEFUL ELM CT
SPRING, TX 77381

Wilson Wilson Wilson
111 W. Ocean Blvd
Ste 200
Long Beach, CA 90802

Wilson, Wilson & Wilson
3030 Old Pkwy STE 160
Seal Beach, CA 90740

Windrock Enterprises LLC
455 W Bar BC Ranch Rd.
Jackson, WY 83001

WINDROCK ENTERPRISES, LLC
455 W BAR BC RANCH RD
JACKSON, QY 83001

World Courier Inc
PO BOX 842325
Boston, MA 02284-2325

Wuxi Apptec(Hongkong) Limited
Unit C, 20/F., OfficePlus @ Mong Kok
No. 998 Canton Road
Kowloon, Hong Kong 00998-0000

WUXI XDC HONG KONG LIMITED
UNIT 417. 4/F LIPPO CTR TOWER TWO NO 89
Hong Kong, Hong Kong 00099-9077


WUXI XDC Hong Kong Limited
Unit 417. 4/F Lippo Ctr Tower Two No 89
Queensway Admiralty
Hong Kong


Wyatt LLC
219 Seabreeze Avenue
Naples 34108


Wyatt, LLC
219 Seabreeze Avenue
Naples, FL 34108


WYATT, LLC
219 SEABREEZE AVENUE
NAPLES, FL 34108-2147


WYCHMERE PARTNERS LLC
320 Conant Rd
Weston, MA 02493


ZAYKOWSKI PARTNERS, L.P.
325 DIVISION ST.
SAG HARBOR, NY 11963


ZAYKOWSKI PARTNERS, L.P.
325 DIVISION STREET
SAG HARBOR, NY 11963